EXHIBIT 3

| Date | Hours | Description | Rate ($) | Billable ($) | User |
|---|---|---|---|---|---|
| 8/28/2014 | 1.3 | Call from Nick Terrell concerning recent termination from Bald Head Island. Discuss facts and circumstances and provide guidance. Legal research on any equitable relief to stop publication. | $300.00 | $390.00 | Samuel Potter |
| 8/29/2014 | 1.6 | Calls with Nick Terrell and Jesse Connor concerning dismissal from BHI. Discuss grievances and options to appeal. Call to Charles Baldwin's office. | $300.00 | $480.00 | Samuel Potter |
| 8/31/2014 | 1.1 | Brief legal research on first amendment and defamation claims for officers. Notes for discussions with officers tomorrow. | $300.00 | $330.00 | Samuel Potter |
| 9/1/2014 | 3.4 | Legal research. Outline issues on liberty interest, free speech, sovereign immunity and create list of documents and things to review. Text messages with Nick Terrell regarding the same and schedule meeting for later this week. | $300.00 | $1,020.00 | Samuel Potter |
| 9/4/2014 | 4.8 | Meet with Nick Terrell, Jesse Connor and Tom Cannon to discuss dismissal and potential path forward. Review text message chain and personnel policy and compare to termination letters. Call to Charles Baldwin regarding insurance policies. | $300.00 | $1,440.00 | Samuel Potter |
| 9/8/2014 | 1.5 | Review Tom Cannon's termination letter and compare to texts. Discuss with Tom that a F5B has not been provided yet. Legal research on form F5Bs. | $300.00 | $450.00 | Samuel Potter |
| 9/9/2014 | 2.8 | Continued legal research regarding claims available to police officers. Review and copy news articles. Call with Gary Shipman's office. Email to Charles Baldwin and follow-up email to Norwood Blanchard.<br><br>Careful review of text messages. Discuss missing names with clients and gather information on discipline against other officers. Notes for file. | $300.00 | $840.00 | Samuel Potter |
| 9/9/2014 | 0.6 | Call from Norwood Blanchard regarding case and effort to stop harm before it gets worse. | $300.00 | $180.00 | Samuel Potter |

| Date | Hours | Description | Rate | Amount | Attorney |
|---|---|---|---|---|---|
| 9/10/2014 | 2.1 | Continued legal research. Review Tom Cannon's text messages. Draft and send email to Norwood Blanchard concerning Mr. Cannon's conduct and attempt to stop F5B from being filed. | $300.00 | $630.00 | Samuel Potter |
| 9/11/2014 | 1.3 | Review declaration pages for IRFNC policy. Email Norwood Blanchard regarding full copies of policies, personnel files and future discussions. | $300.00 | $390.00 | Samuel Potter |
| 9/17/2014 | 1.5 | Meet with DJ Koons. Go over facts and specifics related to him and take notes. Discuss next steps and potential claims. | $300.00 | $450.00 | Samuel Potter |
| 9/18/2014 | 0.5 | Call with Brian Edes and Norwood Blanchard regarding potential job for Jesse Connor and Nick Terrell. Set-up meeting to review text messages with Brian Edes. | $300.00 | $150.00 | Samuel Potter |
| 9/19/2014 | 0.5 | Meet with Brian Edes and Norwood Blanchard to discuss text messages and potential employment for Nick and Jesse. Email to clients regarding the same. | $300.00 | $150.00 | Samuel Potter |
| 10/2/2014 | 0.8 | Discuss facts with DJ Koons. Draft and send email to Norwood Blanchard regarding insurance policies and personnel files. | $300.00 | $240.00 | Samuel Potter |
| 10/8/2014 | 0.3 | Follow-up email re: policies and personnel files. Also re: Tom Cannon's retirement paperwork. | $300.00 | $90.00 | Samuel Potter |
| 10/8/2014 | 1.7 | Review Herbie Bryant's lawsuit and forward to clients for review. Consider timing and whether to bring claims or pursue settlement with BHI. Email to clients. | $300.00 | $510.00 | Samuel Potter |
| 10/13/2014 | 4.3 | Legal research. Review text messages in light of interview with DJ Koons. Discuss proposal to resolve issues related to DJ. Draft letter to Norwood Blanchard and send to DJ for review. Put together unredacted text message chain to include with DJ's letter. | $300.00 | $1,290.00 | Samuel Potter |
| 10/14/2014 | 1.1 | Finalize letter to Norwood Blanchard. Prepare package for delivery to Norwood Blanchard. | $300.00 | $330.00 | Samuel Potter |
| 10/15/2014 | 2.4 | Research available damages for due process and free speech claims. Discuss with Jesse and Nick. | $300.00 | $720.00 | Samuel Potter |
| 10/26/2014 | 1.8 | Read Nick Terrell's personnel file and take notes. | $300.00 | $540.00 | Samuel Potter |

| Date | Hours | Description | Rate | Amount | Attorney |
|---|---|---|---|---|---|
| 11/3/2014 | 1.4 | Review Tom Cannon's personnel file and take notes. | $300.00 | $420.00 | Samuel Potter |
| 11/17/2014 | 0.4 | Call with Nick Terrell concerning conversation with Nick Hiatt. | $300.00 | $120.00 | Samuel Potter |
| 12/15/2014 | 0.5 | Receipt and review of unemployment decision for DJ Koons. Call to Norwood Blanchard. | $300.00 | $150.00 | Samuel Potter |
| 5/27/2015 | 0.5 | Update call with Nick Terrell regarding efforts to get jobs. Discuss how to disclose termination to potential employers. | $300.00 | $150.00 | Samuel Potter |
| 6/30/2015 | 1.3 | Email from Jesse Connor regarding deadline to file lawsuit. Legal research on one year limitation for defamation claims and confirm limitations for constitutional claims. Email to Jesse regarding the same. Check filings in Herbie Bryant's case. Discuss with Bradley. | $300.00 | $390.00 | Samuel Potter |
| 7/8/2015 | 1.3 | Call each client and discuss timing of lawsuit and need to meet to discuss. Receipt and review of list of potential witnesses from Nick Terrell. | $300.00 | $390.00 | Samuel Potter |
| 7/27/2015 | 2.6 | Review notes from client meetings last year and potential claims for lawsuit. Prepare to meet and discuss with Bradley Coxe and clients, later this week. Update case research and print out cases. | $300.00 | $780.00 | Samuel Potter |
| 7/29/2015 | 1.7 | Meet with clients to discuss facts, claims and introduction to Bradley Coxe. | $300.00 | $510.00 | Samuel Potter |
| 8/5/2015 | 0.6 | Client correspondence regarding Nick Hiatt. | $300.00 | $180.00 | Samuel Potter |
| 8/6/2015 | 0.7 | Discuss Nick Hiatt's statement with Bradley Coxe and best method to use. | $300.00 | $210.00 | Samuel Potter |
| 8/12/2015 | 2.4 | Review Court's decision on 12(b)(6) in the Bryant case. Review cited decisions and consider application to claims in our clients' cases. | $300.00 | $720.00 | Samuel Potter |
| 8/19/2015 | 4.1 | Review draft Complaint. Discuss with Nick Terrell. Notes for file and discuss with Bradley Coxe. Discuss missing facts and background. Read caselaw. | $300.00 | $1,230.00 | Samuel Potter |
| 8/20/2015 | 0.4 | Receipt and review of Nick Terrell's records and communications re: performance at BHI. | $300.00 | $120.00 | Samuel Potter |
| 8/24/2015 | 2.3 | Review revised complaint. Review emails from clients with their feedback on draft. Discuss with Bradley. | $300.00 | $690.00 | Samuel Potter |

| Date | Hours | Description | Rate | Amount | Attorney |
|---|---|---|---|---|---|
| 8/28/2015 | 0.3 | Review and revise Notice of Appearance. | $300.00 | $90.00 | Samuel Potter |
| 9/1/2015 | 1.6 | Review witness list. Discuss my communication with Brian Edes re: Jesse and Nick's jobs. Review and discuss proposed discovery plan. | $300.00 | $480.00 | Samuel Potter |
| 9/10/2015 | 0.4 | Discuss potential mediators with Bradley Coxe. | $300.00 | $120.00 | Samuel Potter |
| 10/28/2015 | 1.7 | Review initial disclosures and related documents. Discuss with Bradley. | $300.00 | $510.00 | Samuel Potter |
| 10/30/2015 | 0.3 | Receipt of Motion to Dismiss. No brief filed in support. Call to Bradley regarding the same. Review local rules. | $300.00 | $90.00 | Samuel Potter |
| 11/4/2015 | 3.1 | Review Memorandum in support of Motion to Dismiss. Take notes for discussion with Bradley and Colleen. | $300.00 | $930.00 | Samuel Potter |
| 11/19/2015 | 2.7 | Legal research in support of motion in opposition. Review draft brief and discuss with Bradley Coxe. | $300.00 | $810.00 | Samuel Potter |
| 12/8/2015 | 0.8 | Review draft Discovery Order and Report. Discuss with Bradley Coxe. | $300.00 | $240.00 | Samuel Potter |
| 12/8/2015 | 0.5 | Review discovery plan. | $300.00 | $150.00 | Samuel Potter |
| 12/11/2015 | 0.4 | Draft and file Notice of Appearance. | $300.00 | $120.00 | Samuel Potter |
| 1/15/2016 | 0.6 | Review files and correspondence with/from Norwood Blanchard for Koons and Cannon personnel files... upload to Google Drive. Discuss timing and events with Bradley Coxe | $300.00 | $180.00 | Samuel Potter |
| 2/1/2016 | 0.6 | Status conference with Bradley Coxe regarding depositions and discovery. | $300.00 | $180.00 | Samuel Potter |
| 2/29/2016 | 0.7 | Discuss tomorrow's Mitchell deposition with Bradley Coxe. | $300.00 | $210.00 | Samuel Potter |
| 3/2/2016 | 0.6 | Discuss yesterday's Mitchell Deposition with Bradley Coxe. | $300.00 | $180.00 | Samuel Potter |
| 3/11/2016 | 2.8 | Review expert report on loss of earnings. Discuss with Jesse Connor and Nick Terrell. Discuss with Bradley Coxe. | $300.00 | $840.00 | Samuel Potter |
| 3/15/2016 | 1.2 | Review Piner and Freeman affidavits. Discuss with Bradley Coxe. | $300.00 | $360.00 | Samuel Potter |
| 3/24/2016 | 0.7 | Discuss Peck deposition. | $300.00 | $210.00 | Samuel Potter |
| 4/17/2016 | 4.6 | Read Peck and Mitchell depositions and take notes for later discussion with clients and Bradley Coxe. | $300.00 | $1,380.00 | Samuel Potter |
| 7/1/2016 | 0.2 | Discuss Matt Cox deposition with Bradley Coxe. Potential evidence and use of information gained. | $300.00 | $60.00 | Samuel Potter |
| 7/3/2016 | 3.4 | Legal research on liberty interest claims and update from last batch of research. Review deposition transcripts. | $300.00 | $1,020.00 | Samuel Potter |

| Date | Hours | Description | Rate | Amount | Attorney |
|---|---|---|---|---|---|
| 7/12/2016 | 0.7 | Receipt and review of correspondence with client. | $300.00 | $210.00 | Samuel Potter |
| 8/3/2016 | 0.6 | Review discovery status and discuss wit Bradley regarding Defendants failure to provide documents, emails and schedule depositions. | $300.00 | $180.00 | Samuel Potter |
| 8/3/2016 | 0.8 | Review article on liberty interest claims and take notes for use in future legal arguments. | $300.00 | $240.00 | Samuel Potter |
| 8/22/2016 | 6 | Meet with clients to prepare for their depositions. | $300.00 | $1,800.00 | Samuel Potter |
| 8/24/2016 | 3.5 | Attend client depositions. Discuss depositions with clients during breaks and prepare clients while other client testified. | $300.00 | $1,050.00 | Samuel Potter |
| 9/18/2016 | 2.2 | Review Swanson and Anderson deposition transcripts. | $300.00 | $660.00 | Samuel Potter |
| 9/22/2016 | 2.4 | Review Order Granting in part Motion to Dismiss. Review deposition status of written discovery and next steps | $300.00 | $720.00 | Samuel Potter |
| 10/1/2016 | 1.5 | Receipt and review of belated offer for grievance hearing. Research. Discuss with Bradley Coxe. Consider whether to accept and what process will be used. | $300.00 | $450.00 | Samuel Potter |
| 10/7/2016 | 0.8 | Further discussion and consideration of grievance hearing. | $300.00 | $240.00 | Samuel Potter |
| 10/7/2016 | 0.4 | Receipt and brief review of Motion for Summary Judgment. | $300.00 | $120.00 | Samuel Potter |
| 10/9/2016 | 2.5 | Review Statement of Material Facts in support of Defendants' Motion for Summary Judgment. Notes for further review and comparison with depositions and caselaw. | $300.00 | $750.00 | Samuel Potter |
| 10/10/2016 | 0.6 | Correspondence with clients about grievance hearing and procedure. | $300.00 | $180.00 | Samuel Potter |
| 10/13/2016 | 5.6 | Review of Motion for Summary Judgement and supporting memorandum. Notes and legal research regarding the same Discuss with Bradley. | $300.00 | $1,680.00 | Samuel Potter |
| 10/16/2016 | 6.7 | Caselaw research on SJ issues. Review deposition transcripts of all parties (not witnesses). Review correspondence with Norwood Blanchard concerning grievance hearing and impact on liberty interest claim. Make notes for discussion with Bradley regarding the same. | $300.00 | $2,010.00 | Samuel Potter |

| Date | Hours | Description | Rate | Amount | Attorney |
|---|---|---|---|---|---|
| 10/19/2016 | 4.6 | Review Bradley's draft Memo in Opposition. Legal research. Review discovery. Discuss arguments and law with Bradley. Discuss oral argument. | $300.00 | $1,380.00 | Samuel Potter |
| 10/25/2016 | 2.4 | Review and edit affidavits and supporting material for opposition to motion of SJ. | $300.00 | $720.00 | Samuel Potter |
| 10/27/2016 | 2.5 | Review of revised memo in opposition to summary judgment. | $300.00 | $750.00 | Samuel Potter |
| 11/25/2016 | 2.5 | Prepare for and meet with clients to prepare for next week's mediation. | $300.00 | $750.00 | Samuel Potter |
| 11/25/2016 | 0.5 | Receipt and review of email from Jesse Connor concerning his damages and expert report. | $300.00 | $150.00 | Samuel Potter |
| 11/28/2016 | 8.3 | Discussions with clients. Attend mediation. | $300.00 | $2,490.00 | Samuel Potter |
| 1/12/2017 | 0.3 | Receipt and review of letter from Charles Ellis, notifying that he has been retained by BHI. Call and message to Charles. | $300.00 | $90.00 | Samuel Potter |
| 1/16/2017 | 1.3 | Call from Charles Ellis concerning settlement discussions and his retention to represent BHI. Discuss with Bradley Coxe. | $300.00 | $390.00 | Samuel Potter |
| 2/23/2017 | 1.1 | Conference with Bradley Coxe regarding potential mediation without clients present. Discuss grievance hearings and dates. Analyze and think. | $300.00 | $330.00 | Samuel Potter |
| 3/8/2017 | 2.1 | Calls with clients regarding grievance hearing and BHI's plan to hold in private office in Southport. Pointless and too late based on case law. Discuss with Bradley Coxe. Call to Charles Ellis | $300.00 | $630.00 | Samuel Potter |
| 3/9/2017 | 1.3 | Research on what qualifies for a "name clearing" hearing under liberty interest claims. Compare with hearing proposed by BHI. BHI's offer is private, in an office, with no one present besides Chris. Not meaningful. | $300.00 | $390.00 | Samuel Potter |
| 3/12/2017 | 0.8 | Review Defendants' filing and suggestion of mootness regarding refusal to participate in offered grievance hearing. | $300.00 | $240.00 | Samuel Potter |
| 4/5/2017 | 2.9 | Review insurance policies and District Court Opinion in Town of Mocksville case. Discuss with Bradley Coxe. | $300.00 | $870.00 | Samuel Potter |
| 6/13/2017 | 0.5 | Call with Charles Ellis concerning settlement proposals. | $300.00 | $150.00 | Samuel Potter |

| Date | Hours | Description | Rate | Amount | Attorney |
|---|---|---|---|---|---|
| 6/20/2017 | 3.2 | Meet with Nick and Jesse. Phone conference with Tom. Discuss with Bradley Coxe. | $0.00 | $0.00 | Samuel Potter |
| 6/22/2017 | 4.5 | Draft letter to Charles Ellis and Norwood Blanchard with settlement analysis and offers from clients. Before letter is done, get Summary Judgment ruling. Read SJ decision. Call and discuss with Bradley Coxe. Forward to clients. | $300.00 | $1,350.00 | Samuel Potter |
| 6/27/2017 | 0.6 | Revisions to settlement letter, post summary judgment. Call with Jesse Connor. Email to Charles Ellis. | $300.00 | $180.00 | Samuel Potter |
| 7/7/2017 | 4.8 | Legal research and incorporation of sj specific findings and law. Finalize settlement letter and attachments. Send to clients for review. | $300.00 | $1,440.00 | Samuel Potter |
| 7/10/2017 | 0.4 | Email to Norwood Blanchard. | $300.00 | $120.00 | Samuel Potter |
| 8/24/2017 | 4 | Prepare for and attend mediation with Court of Appeals. | $300.00 | $1,200.00 | Samuel Potter |
| 9/11/2017 | 1.3 | Review proposed Joint Appendix for record on appeal. | $300.00 | $390.00 | Samuel Potter |
| 9/19/2017 | 0.5 | Receipt and review of Offers of Judgment for Conner, Koons and Terrell. | $300.00 | $150.00 | Samuel Potter |
| 10/4/2017 | 7.8 | Review of Defendant/Appellant's brief and supporting materials. Notes for discussion with Bradley Coxe. Pull and review caselaw and outline issues. | $300.00 | $2,340.00 | Samuel Potter |
| 10/24/2017 | 3.2 | Review draft Appellee brief. Take notes and prepare for meeting with Bradley and associate attorneys to review and critique. | $300.00 | $960.00 | Samuel Potter |
| 10/26/2017 | 3.8 | Continued review of Appellee brief. Review deposition transcripts and key cases. Meeting with Bradley, Ana-Cris and Rob to discuss brief. | $300.00 | $1,140.00 | Samuel Potter |
| 2/22/2018 | 3.5 | Review briefs and related documents. Practice oral argument for appeal with Bradley Coxe. | $300.00 | $1,050.00 | Samuel Potter |
| 2/26/2018 | 2.4 | Further review of documents in record. Mock argument with Bradley Coxe to prepare for Court of Appeals argument. | $300.00 | $720.00 | Samuel Potter |
| 5/31/2018 | 2.7 | Review Court of Appeals decision. Call to clients to explain. | $300.00 | $810.00 | Samuel Potter |
| 7/30/2018 | 1.3 | Review 4th Circuit Opinion in Mocksville case. Notes for file concerning insurance coverage limits. | $300.00 | $390.00 | Samuel Potter |

| Date | Hours | Description | Rate | Amount | Attorney |
|---|---|---|---|---|---|
| 10/30/2018 | 0.5 | Call Tayloe Gray to discuss focus group hosting and facilities. Discuss with Bradley Coxe. | $300.00 | $150.00 | Samuel Potter |
| 11/14/2018 | 1.2 | Discuss focus group with Bradley Coxe and begin outlining Plaintiffs' side presentation. | $300.00 | $360.00 | Samuel Potter |
| 11/16/2018 | 4.3 | Prepare for focus group tomorrow. Get blow-up exhibits together, outline arguments and counter-arguments. Analyze different approach to damages. Review Norwood's arguments to anticipate Bradley Coxe's presentation of defense side to focus group. | $300.00 | $1,290.00 | Samuel Potter |
| 11/17/2018 | 5.3 | Prepare and participate in focus group. Organize notes and discuss with Bradley Coxe and certain participants. | $300.00 | $1,590.00 | Samuel Potter |
| 11/19/2018 | 1.5 | Phone conferences with clients in advance of tomorrow's mediation. Discuss framework and range of settlement with clients and co-counsel. | $300.00 | $450.00 | Samuel Potter |
| 11/20/2018 | 10 | Travel to mediation in Raleigh. Participate in mediation. Return from Raleigh. | $300.00 | $3,000.00 | Samuel Potter |
| 6/19/2019 | 6 | Travel to Greenville, attend hearing and return. | $300.00 | $1,800.00 | Samuel Potter |
| 6/20/2019 | 2.1 | Calls with each client explaining potential trial dates and timelines. Discuss updated facts since the prior to the appeal (job, compensation, personal changes). | $300.00 | $630.00 | Samuel Potter |
| 7/8/2019 | 1.7 | Call with Judge Swank re: summary trial. Discuss with Bradley Coxe. Review local rules and consider summary trial potential. | $300.00 | $510.00 | Samuel Potter |
| 7/10/2019 | 1.5 | Calls with clients following up email re: summary trial. | $300.00 | $450.00 | Samuel Potter |
| 7/24/2019 | 1.4 | Prepare for and participate in conference with Judge Callaway re: scheduling of summary, non-binding trial. Call to Mal Maynard regarding Judge Callaway. Notes. | $300.00 | $420.00 | Samuel Potter |
| 7/27/2019 | 0.2 | Correspondence with client concerning potential trial date. | $300.00 | $60.00 | Samuel Potter |
| 8/8/2019 | 5.3 | Prepare for summary trial by pulling exhibits, finding client deposition testimony and outlining statements for each of our clients. | $300.00 | $1,590.00 | Samuel Potter |

| Date | Hours | Description | Rate | Amount | Attorney |
|---|---|---|---|---|---|
| 8/9/2019 | 6.3 | Continued preparation for summary trial. Outline opening statement and closing argument. Discuss with Bradley Coxe. Call to clients to explain process and who should be present. | $300.00 | $1,890.00 | Samuel Potter |
| 8/12/2019 | 8.2 | Preparation for start of summary trial. Review notes and arguments. Create note cards for each client's projected testimony. Participate in summary trial's first half day. | $300.00 | $2,460.00 | Samuel Potter |
| 8/13/2019 | 7.4 | Continued participation in summary trial. Discuss with clients after conclusion. | $300.00 | $2,220.00 | Samuel Potter |
| 8/26/2019 | 0.8 | Call with Judge Callaway to go over decision. Notes for file. Call clients to discuss results. Discuss with Bradley Coxe on impact of decision. | $300.00 | $240.00 | Samuel Potter |
| 9/9/2019 | 0.4 | Discuss Judge Callaway's decision and potential to restart settlement. | $300.00 | $120.00 | Samuel Potter |
| 9/27/2019 | 0.7 | Conference with Bradley regarding Motions in Limine. | $300.00 | $210.00 | Samuel Potter |
| 10/8/2019 | 1.3 | Receipt and review of Defendants' Motions in Limine. Notes for later discussion with Bradley Coxe. | $300.00 | $390.00 | Samuel Potter |
| 10/29/2019 | 2.3 | Review and analyze all filed motions in limine. Discuss with Bradley Coxe. | $300.00 | $690.00 | Samuel Potter |
| 1/2/2020 | 2.4 | Review decisions on motions in limine. Notes for effect on evidence and testimony at trial. | $300.00 | $720.00 | Samuel Potter |
| 1/6/2020 | 3.4 | Review deposition transcripts and begin outlining issues for trial. | $300.00 | $1,020.00 | Samuel Potter |
| 1/14/2020 | 0.5 | Discuss Karen Williams statement and potential testimony. | $300.00 | $150.00 | Samuel Potter |
| 1/23/2020 | 9.3 | Review trial outline (Bradley prepared) and division of labor at trial. Begin outlining my portions of the trial and making list of issues, facts and law to address. Review legal outline of all claims and consider how to meet element of the remaining claims. | $300.00 | $2,790.00 | Samuel Potter |
| 1/26/2020 | 7.6 | Create basic outline of each Plaintiff's direct testimony. Email to clients setting up two trial preparation meetings with each client. | $300.00 | $2,280.00 | Samuel Potter |
| 1/27/2020 | 1.3 | Review new offers of judgment. Brief research on the same and review notes from last offers of judgment. Discuss with Bradley. Inform clients of offers. | $300.00 | $390.00 | Samuel Potter |
| 1/28/2020 | 4.5 | Outline issues. Review proposed voir dire. | $300.00 | $1,350.00 | Samuel Potter |

| Date | Hours | Description | Rate | Amount | Attorney |
|---|---|---|---|---|---|
| 2/3/2020 | 2.1 | Review voir dire questions and email to Bradley with suggested additions. Email deposition transcripts to clients for trial prep review. | $300.00 | $630.00 | Samuel Potter |
| 2/4/2020 | 2.4 | Review jury instructions and discuss with Bradley Coxe. | $300.00 | $720.00 | Samuel Potter |
| 2/5/2020 | 6.9 | Meet with Jesse Connor to do initial preparation of testimony. Meet with DJ Koons for initial trial preparation. | $300.00 | $2,070.00 | Samuel Potter |
| 2/6/2020 | 1.2 | Call with Charles Ellis concerning acceptance of offer of judgment and ability to get attorney fees on top. Village claims they will not oppose our motion for fees. | $300.00 | $360.00 | Samuel Potter |
| 2/6/2020 | 4.3 | Continued trial preparation. Review of non-party witnesses depositions. Discuss Karen Williams anticipated testimony with Bradley. | $300.00 | $1,290.00 | Samuel Potter |
| 2/7/2020 | 2.3 | Initial meeting with Tom Cannon for trial prep. Notes for file. | $300.00 | $690.00 | Samuel Potter |
| 2/8/2020 | 8.9 | Review Peck and Mitchell depositions for including in opening statement and cross examination for Defendants' case in chief. Notes and list of exhibits for cross. | $300.00 | $2,670.00 | Samuel Potter |
| 2/9/2020 | 10.5 | Pull together list of exhibits for each direct examination. Review personnel files and itemize specific documents for use at trial. Review discovery documents and make notes. | $300.00 | $3,150.00 | Samuel Potter |
| 2/11/2020 | 8.5 | Read each clients' deposition and take notes to prepare for cross examination. | $300.00 | $2,550.00 | Samuel Potter |
| 2/12/2020 | 6.7 | Meetings with Jesse Connor and Nick Terrell (separately) for continued trial prep. | $300.00 | $2,010.00 | Samuel Potter |
| 2/13/2020 | 10.8 | Trial preparation. Meet with DJ Koons. Conference with Bradley on order of witnesses, key issues, opening and closing arguments, etc. | $300.00 | $3,240.00 | Samuel Potter |
| 2/15/2020 | 8.9 | Continue trial preparation. Draft opening statement. | $300.00 | $2,670.00 | Samuel Potter |
| 2/16/2020 | 5.4 | Review notes and practice opening statement. Double check that electronic exhibits are ready. | $300.00 | $1,620.00 | Samuel Potter |
| 2/17/2020 | 14.5 | Meet with Nick Terrell in the morning for final testimony preparation. Travel to Greenville NC. Continued review of notes and opening statements, organize notes and thoughts. Practice. | $300.00 | $4,350.00 | Samuel Potter |

| Date | Hours | Description | Rate | Amount | Attorney |
|---|---|---|---|---|---|
| 2/18/2020 | 5 | Continue preparing for opening statement and initial witness testimony. Attend start of trial (judge is sick). Travel back to Wilmington. | $300.00 | $1,500.00 | Samuel Potter |
| 4/7/2020 | 0.4 | Review current trial date status and discuss with Bradley Coxe. | $300.00 | $120.00 | Samuel Potter |
| 4/23/2020 | 0.3 | Discuss trial dates with Bradley Coxe. | $300.00 | $90.00 | Samuel Potter |
| 5/22/2020 | 0.5 | Review notes on Jesse's PTSD diagnosis. | $300.00 | $150.00 | Samuel Potter |
| 7/23/2020 | 2.2 | Consider bench trial. Discuss with Bradley Coxe. Calls to other attorneys for insight. Further discussion and analysis with Bradley. | $300.00 | $660.00 | Samuel Potter |
| 7/28/2020 | 0.5 | Discuss bench trial with Bradley. Agree on bench trial. | $300.00 | $150.00 | Samuel Potter |
| 8/3/2020 | 1.3 | Review Jesse's PTSD records. Consider use at trial. | $300.00 | $390.00 | Samuel Potter |
| 8/18/2020 | 0.5 | Email and communication with clients to set up meetings for trial preparation. | $300.00 | $150.00 | Samuel Potter |
| 8/27/2020 | 4.3 | Review notes from trial prep in February. Begin outlining changes from jury to bench trial. Notes on exhibits. | $300.00 | $1,290.00 | Samuel Potter |
| 8/30/2020 | 7.8 | Redo order and issues for Jesse Connor's testimony and prepare Exhibits. Same for DJ Koons. Review deposition transcripts. | $300.00 | $2,340.00 | Samuel Potter |
| 8/31/2020 | 7.5 | Meet with Jesse Connor and DJ Koons (separately) for trial preparation. Gather and analyze income from BHI and subsequent employment. Consider how best to present and make notes to get information from other clients. Discuss with Bradley. | $300.00 | $2,250.00 | Samuel Potter |
| 9/1/2020 | 8.4 | Review records on salary/hourly rate history. Notes for each client on direct exam. Begin rewriting opening argument for judge instead of jury. | $300.00 | $2,520.00 | Samuel Potter |
| 9/2/2020 | 5.6 | Organize exhibits and discuss with Bradley Coxe opening and closing arguments. | $300.00 | $1,680.00 | Samuel Potter |
| 9/4/2020 | 10.3 | Meet with Nick Terrell and Tom Cannon for initial trial preparation. Draft notes and exhibit lists for cross examination. Begin practicing opening statement. | $300.00 | $3,090.00 | Samuel Potter |
| 9/5/2020 | 3.2 | Meet with Tom Cannon for final trial preparation and to review employment and pay history. Revise notes on Tom Cannon's direct. Discuss text message exchanges. | $300.00 | $960.00 | Samuel Potter |

| Date | Hours | Description | Rate | Amount | Attorney |
|---|---|---|---|---|---|
| 9/6/2020 | 7.4 | Trial preparation. Review exhibits and double check that personnel file excerpts are pulled. Continue drafting opening statements. | $300.00 | $2,220.00 | Samuel Potter |
| 9/7/2020 | 8.4 | Meet with Nick Terrell for final testimony meeting. Gather exhibits and travel to Greenville. Dinner with clients to continue discussing testimony and compressed time period that each will testify. | $300.00 | $2,520.00 | Samuel Potter |
| 9/8/2020 | 13.8 | Practice opening argument. Trial throughout day. Meet with clients to go over tomorrow's testimony for Dj, Jesse and Tom. Review cross examination notes. Discuss issues with Bradley. | $300.00 | $4,140.00 | Samuel Potter |
| 9/9/2020 | 6.7 | Finish trial and return to Wilmington. | $300.00 | $2,010.00 | Samuel Potter |
| 9/17/2020 | 6.3 | Review proposed findings of fact and conclusions of law. | $300.00 | $1,890.00 | Samuel Potter |
| 9/22/2020 | 10.3 | Redline first draft of findings of fact and conclusions of law. Add facts specific to the testimony of our clients and the damages associated with their claims. | $300.00 | $3,090.00 | Samuel Potter |
| 9/23/2020 | 1.3 | Final review of findings of fact and conclusions of law and email revisions to Bradley Coxe. | $300.00 | $390.00 | Samuel Potter |
| 11/30/2020 | 3.2 | Receipt and review of final judgment and findings of fact. Discuss with Bradley Coxe. Call to Nick Terrell to discuss. Notes and analysis. | $300.00 | $960.00 | Samuel Potter |
| 12/2/2020 | 4.5 | Legal research on necessary filings for attorneys fees and costs. Review appeal timeline. Pull briefs and affidavits from Hunter v. Town of Mocksville to review affidavits and motions, as well as Town's and IFFNC's arguments against. Discuss with Bradley Coxe. | $300.00 | $1,350.00 | Samuel Potter |
| 12/7/2020 | 4.4 | Review time entered on case and discuss with Bradley Coxe. Begin drafting affidavit and reviewing brief and motion in support of attorneys' fees, nontaxable costs and taxable costs. | $300.00 | $1,320.00 | Samuel Potter |
| 12/8/2020 | 3.4 | Legal research regarding relevant issues for attorneys fees § 1988. Draft affidavit regarding attorneys fees. Review time and revise time included. | $300.00 | $1,020.00 | Samuel Potter |
| **Total** | **510.5** | | | **$152,190.00** | |