EXHIBIT 4

| Date | Hours | Description | Rate ($) | Billable ($) | User |
|------|-------|-------------|----------|--------------|------|
| 7/8/2015 | 0.5 | conference with Sam re: facts and strategy of the case | $300.00 | $150.00 | Bradley Coxe |
| 7/24/2015 | 1.4 | receipt/review file; check social media on Calvin Peck | $300.00 | $420.00 | Bradley Coxe |
| 7/27/2015 | 0.4 | receipt/review/respond email from client re: affidavits. | $300.00 | $30.00 | Bradley Coxe |
| 7/27/2015 | 0.3 | review newspaper articles on terminations | $300.00 | $90.00 | Bradley Coxe |
| 7/28/2015 | 0.8 | review emails from Sam--affidavits, settlement offer, BLET contract, personnel files | $300.00 | $240.00 | Bradley Coxe |
| 7/28/2015 | 1.5 | conference with Sam–strategy of the case, initial to-dos | $300.00 | $450.00 | Bradley Coxe |
| 7/29/2015 | 2.5 | conference with clients | $300.00 | $750.00 | Bradley Coxe |
| 7/29/2015 | 0.1 | email from DJ re: certification | $300.00 | $30.00 | Bradley Coxe |
| 7/30/2015 | 0.1 | research Caroline Mitchell re: conflict | $300.00 | $30.00 | Bradley Coxe |
| 7/30/2015 | 2 | review case law on liberty interests | $300.00 | $600.00 | Bradley Coxe |
| 8/5/2015 | 0.6 | emails from Jesse, Nick re: Nick Hiatt | $300.00 | $180.00 | Bradley Coxe |
| 8/6/2015 | 0.4 | prep for Nick Hiatt call. (key witness); emails from Nick and Jesse re: Hiatt | $300.00 | $120.00 | Bradley Coxe |
| 8/6/2015 | 1 | phone call to Nick Hiatt | $300.00 | $300.00 | Bradley Coxe |
| 8/7/2015 | 0.2 | receipt/review/respond email from DJ re: training and standards | $300.00 | $60.00 | Bradley Coxe |
| 8/7/2015 | 2.2 | draft affidavit of Nick Hiatt | $300.00 | $660.00 | Bradley Coxe |
| 8/10/2015 | 0.2 | receipt/review email from Niatt; edit affidavit | $300.00 | $60.00 | Bradley Coxe |
| 8/10/2015 | 0.3 | phone from Nick Terrell--He is driving up to High Point. Can go see Hiatt if needed. | $300.00 | $90.00 | Bradley Coxe |
| 8/11/2015 | 0.2 | email to/from DJ re: training and standards | $300.00 | $60.00 | Bradley Coxe |
| 8/11/2015 | 3.9 | review personnel files of each plaintiff; review news articles; draft complaint | $300.00 | $1,170.00 | Bradley Coxe |

| Date | Hours | Description | Rate | Amount | Attorney |
|---|---|---|---|---|---|
| 8/12/2015 | 5.8 | review case law; review jury instructions; review similar complaints; draft complaint; emails to/from Nick, Jesse, Tom re: complaint facts and review | $300.00 | $1,740.00 | Bradley Coxe |
| 8/13/2015 | 4.7 | Draft Complaint; emails to/from clients re: complaint questions | $300.00 | $1,410.00 | Bradley Coxe |
| 8/14/2015 | 2.8 | draft complaint; receipt/review/respond emails from clients re: termination, text chain, IIED; phone Nick Terrell--has copy of termination and grievance letter. Does not have F5. Thinks he might not have gotten it. | $300.00 | $840.00 | Bradley Coxe |
| 8/17/2015 | 0.1 | email to/from Nick re: Hiatt | $300.00 | $30.00 | Bradley Coxe |
| 8/18/2015 | 3.1 | edit complaint; research liberty interest and free speech claims | $300.00 | $930.00 | Bradley Coxe |
| 8/19/2015 | 0.2 | email clients re: complaint | $300.00 | $60.00 | Bradley Coxe |
| 8/20/2015 | 1.2 | follow up on Nick; edit complaint from client emails; emails from Jesse re: media coverage; emails from Nick re: commedations | $300.00 | $360.00 | Bradley Coxe |
| 8/21/2015 | 1.4 | receipt/review/respond emails from Jesse and Nick re: news reports and commendations | $300.00 | $420.00 | Bradley Coxe |
| 8/24/2015 | 1.6 | edit complaint liberty interest; edit complaint remove Hiatt specific claims to save for deposisions; emails with clients re: witnesses; email to Hiatt re: affidavt | $300.00 | $480.00 | Bradley Coxe |
| 8/25/2015 | 1 | phone Tom Cannon--are we going to make the deadline? do we need a verification? | $300.00 | $300.00 | Bradley Coxe |
| 8/28/2015 | 0.3 | email to clients; email from Nick, Tom re: witnesses to refusal to hire | $300.00 | $90.00 | Bradley Coxe |
| 8/31/2015 | 0.2 | receipt/review emails from tom and Nick. update witness list. | $300.00 | $60.00 | Bradley Coxe |
| 9/1/2015 | 0.7 | research--damages; email to clients re: tax returns | $300.00 | $210.00 | Bradley Coxe |
| 9/1/2015 | 2.2 | draft and submit joint discovery plan; email from Nick re: witnesses | $300.00 | $660.00 | Bradley Coxe |
| 9/7/2015 | 0.4 | emails from Jesse re: witnesses, Courtney Williams, Matt Coxe | $300.00 | $120.00 | Bradley Coxe |
| 9/8/2015 | 0.4 | receipt/review/respond emails from Jesse; update witness list | $300.00 | $120.00 | Bradley Coxe |

| Date | Hours | Description | Rate | Amount | Attorney |
|------|-------|-------------|------|--------|----------|
| 9/10/2015 | 1.5 | receipt/review/respond emails re: applications, unemployment; review deadlines, tax returns | $300.00 | $450.00 | Bradley Coxe |
| 9/16/2015 | 0.4 | receipt/review waiver filed from court. | $300.00 | $120.00 | Bradley Coxe |
| 9/17/2015 | 1 | emails to/from Norwood re: Rule 26 discovery plan | $300.00 | $300.00 | Bradley Coxe |
| 9/18/2015 | 0.3 | receipt/review Jesse tax returns | $300.00 | $90.00 | Bradley Coxe |
| 9/18/2020 | 0.2 | email from Herbie re: Mitchell criminal record | $300.00 | $60.00 | Bradley Coxe |
| 9/29/2015 | 0.2 | email from Bryant re: Mitchell background and marriage | $300.00 | $60.00 | Bradley Coxe |
| 10/13/2015 | 2.5 | draft initial disclosures | $300.00 | $750.00 | Bradley Coxe |
| 10/16/2015 | 0.1 | email from Nick re: Oak Island employment | $300.00 | $30.00 | Bradley Coxe |
| 10/22/2015 | 0.2 | email to Norwood Blanchard (attorney for BHI) re: initial disclosures | $300.00 | $60.00 | Bradley Coxe |
| 10/23/2015 | 2.9 | draft written discovery | $300.00 | $870.00 | Bradley Coxe |
| 10/23/2015 | 0.4 | phone Norwood--don't have anything we don't have. will send the personal file. and NCLM. a few days extension on answer. EEOC sexual orientation is covered by Title VII. EEOC has been suing employers on discrimination against same sex. | $300.00 | $120.00 | Bradley Coxe |
| 10/26/2015 | 3.2 | receipt/review initial disclosures; email to Norwood; review village minutes | $300.00 | $960.00 | Bradley Coxe |
| 10/27/2015 | 0.8 | review council minutes | $300.00 | $240.00 | Bradley Coxe |
| 10/28/2015 | 2.3 | edit discovery; email to/from Jesse re: Jack Baker, Shawn Freeman (witnesses) | $300.00 | $690.00 | Bradley Coxe |
| 10/29/2015 | 0.6 | edit discovery requests | $300.00 | $180.00 | Bradley Coxe |
| 10/30/2015 | 2.1 | receipt/review personnel policy | $300.00 | $630.00 | Bradley Coxe |
| 11/3/2015 | 1.3 | receipt/review motion and memo to dismiss | $300.00 | $390.00 | Bradley Coxe |

| | | | | | |
|---|---|---|---|---|---|
| 11/4/2015 | 0.2 | phone from Nick Terrell--elected officials have changed for the counsel 2 of Calvin's supporters were ousted. Main reason they were lost was because of the firing. | $300.00 | $60.00 | Bradley Coxe |
| 11/10/2015 | 0.2 | receipt/review order for discovery plan | $300.00 | $60.00 | Bradley Coxe |
| 11/18/2015 | 7.7 | outline/research response to motion to dismiss | $300.00 | $2,310.00 | Bradley Coxe |
| 11/19/2015 | 3.8 | continue draft of memo in opposition to Defendants' motion to dismiss. | $300.00 | $1,140.00 | Bradley Coxe |
| 11/20/2015 | 2.3 | draft memo in support of motion to dismiss. | $300.00 | $690.00 | Bradley Coxe |
| 11/23/2015 | 0.3 | phone Dave Cloutier (expert witness)-- pension would be easy to project with an economist. public information is salary and supplemental retirement income plan. controlled through training and standards in the attonrey general. Can help on that. Have handled those matters as a police chief in Goldsboro. changed in law enforcement. Former chief at Ashville and Hickory. Mel Tucker. police expert. | $300.00 | $90.00 | Bradley Coxe |
| 11/23/2015 | 0.2 | phone Melvin Tucker (expert witness)-- 919-851-6860. has cases going on just like this. New Bern. Mocksville, Carolina Beach. But trying to retire. Roy Taylor CEO of capital special police (private) and security. former Durham K9 officer. Just started doing expert witness work. He hires officers on a regular basis. 919-697-1995. | $300.00 | $60.00 | Bradley Coxe |
| 11/23/2015 | 0.4 | (expert witness) $5000 retainer up to testimony. deposition fee. Roy Taylor 919-697-1995. look at the waste of money training the officers and then having to replace. www.taylorconsultinggroup.org. | $300.00 | $120.00 | Bradley Coxe |
| 11/24/2015 | 5.6 | review expert website and qualifications; draft letter of representation; emails to/from clients re: jobs and earnings | $300.00 | $1,680.00 | Bradley Coxe |

| | | | | | |
|---|---|---|---|---|---|
| 11/25/2015 | 0.5 | receipt emails from Nick re: jobs and damages | $300.00 | $150.00 | Bradley Coxe |
| 11/30/2015 | 0.5 | RECEIPT emails from DJ re: salary and earnings, training and standards | $300.00 | $150.00 | Bradley Coxe |
| 12/1/2015 | 0.1 | email from Jesse re: last salary at BHI | $300.00 | $30.00 | Bradley Coxe |
| 12/1/2015 | 0.2 | email to/from Tom re: state retirement system contributions and payout | $300.00 | $60.00 | Bradley Coxe |
| 12/2/2015 | 0.2 | email to/from Nick re: 401k | $300.00 | $60.00 | Bradley Coxe |
| 12/2/2015 | 0.3 | receipt/review/respond email from expert | $300.00 | $90.00 | Bradley Coxe |
| 12/3/2015 | 0.1 | review affidavits | $300.00 | $30.00 | Bradley Coxe |
| 12/8/2015 | 0.5 | receipt/review reply of response of motion to dismiss | $300.00 | $150.00 | Bradley Coxe |
| 12/8/2015 | 2.2 | draft discovery order; email to Norwood DSO | $300.00 | $660.00 | Bradley Coxe |
| 12/10/2015 | 0.3 | phone from Norwood--moved back a few dates. will check on Bob OQuinn as mediator. | $300.00 | $90.00 | Bradley Coxe |
| 12/11/2015 | 0.3 | receipt/review email from Jesse Conner retirement plan | $300.00 | $90.00 | Bradley Coxe |
| 12/11/2015 | 1.7 | receipt/review/respond email from Norwood re: Rule 26(f) plan | $300.00 | $510.00 | Bradley Coxe |
| 12/15/2015 | 1.3 | phone Roy Taylor (expert witness)--final amount is based on years of service. phone Norwood--no race. end of the week is fine. | $300.00 | $390.00 | Bradley Coxe |
| 12/16/2015 | 0.1 | receipt/review new report of Roy Taylor; email follow up questions. | $300.00 | $30.00 | Bradley Coxe |
| 12/17/2015 | 5 | draft designation of experts; draft response to motion to dismiss | $300.00 | $1,500.00 | Bradley Coxe |
| 1/7/2016 | 0.1 | draft initial disclosures | $300.00 | $30.00 | Bradley Coxe |
| 1/8/2016 | 0.5 | receipt/review message from Norwood re: RFAs. | $300.00 | $150.00 | Bradley Coxe |
| 1/12/2016 | 0.1 | edit initial disclosures | $300.00 | $30.00 | Bradley Coxe |
| 1/15/2016 | 1.2 | edit initial disclosures | $300.00 | $360.00 | Bradley Coxe |
| 1/25/2016 | 0.1 | review expert reports | $300.00 | $30.00 | Bradley Coxe |
| 1/28/2016 | 0.4 | receipt/review filing from court re: mediator | $300.00 | $120.00 | Bradley Coxe |

| Date | Hours | Description | Rate | Amount | Attorney |
|---|---|---|---|---|---|
| 1/29/2016 | 0.4 | receipt/review answers to admissions | $300.00 | $120.00 | Bradley Coxe |
| 2/1/2016 | 0.1 | phone from Norwood--will get answers to discovery to me by Friday. email him what missing personnel files I need and he will get them. | $300.00 | $30.00 | Bradley Coxe |
| 2/8/2016 | 1 | receipt/review/respond emails from Nick Terrell re: resignation of Peck; review personnel files of Koons and Cannon. | $300.00 | $300.00 | Bradley Coxe |
| 2/23/2016 | 0.5 | phone Nick Terrell--sgt at Oak Island. works parttime at BHI. He said Caroline actually called him and talked to him about firing them. He was initially told something that wasn't true. Chris Franks. top guy at Oak Island. Charlie Hilton took their place. Charlie got drunk, pulledservcie weapon on his son. got arrested. no reprimand at all. Franks said he thought that they might be grounds for fire but it wasn't true. She went to all captains and asked them about firing. she told them something wrong. What was Franks told? Bob Overstreet is a voluntary. Joe ridgeway on teh council. Bob said he didn't understand is when Joe talked about it "If they would have said that about my daughter, I would have punched them in the face." Makes them think they were told something else. Also shows no confidence in what she was doing. Telling them what she wants them to know as part of her investigation.l | $300.00 | $150.00 | Bradley Coxe |
| 2/23/2016 | 0.6 | review discovery requests | $300.00 | $180.00 | Bradley Coxe |
| 2/25/2016 | 2.9 | prep for deposition of Mitchell | $300.00 | $870.00 | Bradley Coxe |
| 2/26/2016 | 0.2 | emails to/from Tom re: request for appeal | $300.00 | $60.00 | Bradley Coxe |

| Date | Hours | Description | Rate | Amount | Attorney |
|---|---|---|---|---|---|
| 2/26/2016 | 5.7 | receipt/review discovery responses; prepare for deposition; receipt email from Nick re: Caroline's qualifications | $300.00 | $1,710.00 | Bradley Coxe |
| 2/28/2016 | 1.8 | prep for deposition of Mitchell | $300.00 | $540.00 | Bradley Coxe |
| 2/29/2016 | 3.8 | prep for deposition | $300.00 | $1,140.00 | Bradley Coxe |
| 3/1/2016 | 9.5 | deposition of Caroline Mitchell | $300.00 | $2,850.00 | Bradley Coxe |
| 3/2/2016 | 0.7 | draft status update to clients: conference with Colleen re: Freeman (witness); email to Norwood re: follow up | $300.00 | $210.00 | Bradley Coxe |
| 3/3/2016 | 0.4 | receipt/review draft affidavit of Freeman; receipt/review email from Nick re: deposition | $300.00 | $120.00 | Bradley Coxe |
| 3/7/2016 | 0.2 | email to/from Jesse re: current position | $300.00 | $60.00 | Bradley Coxe |
| 3/7/2016 | 3.3 | receipt/review report from Roy Taylor | $300.00 | $990.00 | Bradley Coxe |
| 3/7/2016 | 0.6 | phone Roy Taylor--would not call it similar. LE different from fire. not training and standards. being sworn is a big deal. LE is the one that hurts them. | $300.00 | $180.00 | Bradley Coxe |
| 3/8/2016 | 0.3 | receipt/review/respond emails from clients; review unemployment money received | $300.00 | $90.00 | Bradley Coxe |
| 3/8/2016 | 0.8 | review discovery and draft supplement demand | $300.00 | $240.00 | Bradley Coxe |
| 3/9/2016 | 0.9 | receipt/review report from Roy Taylor | $300.00 | $270.00 | Bradley Coxe |
| 3/9/2016 | 2.3 | review witness list; phone call with Jeff Sypole; draft Sypole affidavit. | $300.00 | $690.00 | Bradley Coxe |

| Date | Hours | Description | Rate | Amount | Attorney |
|------|-------|-------------|------|--------|----------|
| 3/10/2016 | 2.2 | receipt/review Roy Taylor report; receipt/review/respond email from Jesse; phone Chris Franks--left message; phone Julie Piner--bad number; phone Moe Peacock--left message; phone Steve Butler--left message; phone Matt Cox--left message; phone Charlie Hylton--was not on text messages; phone Matt Cox--never saw the texts. Never complained. knows that 2nd hand some were about him. Had received/sent personal messages with Nick and Jesse and Tom. Never offended harassed, sexually harassed. Only knew about terminations after they were done. phone Moe Peacock--didn't see the texts. not harassed. no procedure. | $300.00 | $660.00 | Bradley Coxe |
| 3/11/2016 | 3.8 | phone Robin Wallace (BHI officer)--was not on the text messages. didn't know anything until they were terminated. refused to sign affidavit. phone Chris Franks; phone Julie Piner (BHI employee on texts); email to Carl Pearson (witness) re: affidavit; email to Peacock re: affidavit; email to Cox re: affidavit | $300.00 | $1,140.00 | Bradley Coxe |
| 3/14/2016 | 0.1 | receipt/review Julie Piner affidavit; Roy Taylor final | $300.00 | $30.00 | Bradley Coxe |
| 3/14/2016 | 0.1 | phone Steve Butler(BHI employee on texts)--didn't want to talk. Didn't know anything. Doesn't know anything about the texts | $300.00 | $30.00 | Bradley Coxe |
| 3/14/2016 | 0.8 | receipt/review/respond email from Julie Piner; edit affidavit of Julie PIner; conference with David LaPlante (BHI officer on texts); draft email and affidavit for David Laplante. | $300.00 | $240.00 | Bradley Coxe |
| 3/14/2016 | 0.5 | draft deposition questions for Calvin Peck | $300.00 | $150.00 | Bradley Coxe |
| 3/16/2016 | 6.6 | draft Calvin Peck questions; review list of questions from Nick; email from Nick re: Overstreet (volunteer witness) | $300.00 | $1,980.00 | Bradley Coxe |

| | | | | | |
|---|---|---|---|---|---|
| 3/17/2016 | 0.2 | peck depo questions | $300.00 | $60.00 | Bradley Coxe |
| 3/22/2016 | 0.3 | receipt text messages as printed by David Cox from Norwood | $300.00 | $90.00 | Bradley Coxe |
| 3/23/2016 | 4.1 | prepare for deposition of Peck | $300.00 | $1,230.00 | Bradley Coxe |
| 3/28/2016 | 0.2 | phone Nick--Matt Cox probably won't sign. Caroline telling him he shouldn't sign. Tell him that's ok and we will just do his deposition; email from Nick | $300.00 | $60.00 | Bradley Coxe |
| 3/30/2016 | 0.1 | receipt/review/respond email from client re: discovery | $300.00 | $30.00 | Bradley Coxe |
| 4/12/2016 | 0.1 | receipt email from Sypole re: affidavit | $300.00 | $30.00 | Bradley Coxe |
| 4/12/2016 | 0.4 | emails to/from Norwood and clients re: villiage email addresses | $300.00 | $120.00 | Bradley Coxe |
| 4/12/2016 | 0.4 | phone Chris Franks (witness); draft affidavit; email to Franks | $300.00 | $120.00 | Bradley Coxe |
| 4/18/2016 | 0.1 | edit deposition exhibit list | $300.00 | $30.00 | Bradley Coxe |
| 4/20/2016 | 0.2 | email to Julie Piner re: Steve Butler | $300.00 | $60.00 | Bradley Coxe |
| 4/20/2016 | 5.3 | review personnel policy and amendment | $300.00 | $1,590.00 | Bradley Coxe |
| 4/26/2016 | 0.7 | receipt/review deposition of Bryant; receipt/review answers to admissions; receipt/review Steve Butler "racist" documents | $300.00 | $210.00 | Bradley Coxe |
| 4/28/2016 | 3.2 | draft trial brief | $300.00 | $960.00 | Bradley Coxe |
| 4/28/2016 | 0.7 | phone from Fran Norton (Wilmington Star News reporter)--don't remember how she found out. remembers fighting with Karen (Williams) but that might have been regarding the ferry. | $300.00 | $210.00 | Bradley Coxe |
| 4/29/2016 | 0.8 | draft trial outline | $300.00 | $240.00 | Bradley Coxe |
| 5/2/2016 | 4.9 | research constitutional claims | $300.00 | $1,470.00 | Bradley Coxe |
| 5/4/2016 | 0.8 | phone Norwood--left message; conference with Sam | $300.00 | $240.00 | Bradley Coxe |
| 5/5/2016 | 1.5 | receipt/review/respond email from Roy Taylor; receipt/review/respond email from bryant | $300.00 | $450.00 | Bradley Coxe |

| Date | Hours | Description | Rate | Amount | Attorney |
|---|---|---|---|---|---|
| 5/13/2016 | 2.5 | draft deposition questions for Ellison | $300.00 | $750.00 | Bradley Coxe |
| 5/18/2016 | 4.2 | prepare for deposition of Matt Cox | $300.00 | $1,260.00 | Bradley Coxe |
| 5/19/2016 | 3 | draft deposition questions | $300.00 | $900.00 | Bradley Coxe |
| 5/20/2016 | 3.1 | draft deposition questions peacock (BHI officer on texts), (Karen) ellison, anderson (BHI captain), wallace, cox | $300.00 | $930.00 | Bradley Coxe |
| 5/31/2016 | 0.4 | receipt/review/respond emails from Nick Terrell; new articles on discrimination cases; | $300.00 | $120.00 | Bradley Coxe |
| 6/1/2016 | 1.5 | draft final list of witnessess and exhibits; receipt/review/respond email from Norwood re: emails | $300.00 | $450.00 | Bradley Coxe |
| 6/6/2016 | 1.5 | prepare for depositions Moe Peacock, Robin Wallace, Matt Cox, Paul Swanson (BHI Captain) | $300.00 | $450.00 | Bradley Coxe |
| 6/7/2016 | 3.5 | Depositions of Moe Peacock, Robin Wallace | $300.00 | $1,050.00 | Bradley Coxe |
| 6/27/2016 | 0.2 | phone from Nick Terrell--read deposition. only had to turn her weapon in once not true. had called Mat after I send out the email asking him to follow up on the affidavit. Said at that time he had still not read the actual texts. | $300.00 | $60.00 | Bradley Coxe |
| 6/28/2016 | 0.6 | prepare for Matt Cox depostions | $300.00 | $180.00 | Bradley Coxe |
| 6/29/2016 | 4.3 | receipt/review/respond motions and memos for summary judgment; receipt ICMA report | $300.00 | $1,290.00 | Bradley Coxe |
| 6/30/2016 | 0.2 | recipt emails from Jesse re: statement to news in 2014, leadership issues, BLET | $300.00 | $60.00 | Bradley Coxe |
| 6/30/2016 | 0.2 | prepare for deposition | $300.00 | $60.00 | Bradley Coxe |
| 6/30/2016 | 0.8 | research absolute privilege | $300.00 | $240.00 | Bradley Coxe |
| 6/30/2016 | 2 | deposition of Matt Cox | $300.00 | $600.00 | Bradley Coxe |
| 7/5/2016 | 3.9 | prepare response to summary judgment | $300.00 | $1,170.00 | Bradley Coxe |
| 7/5/2016 | 0.2 | phone Nick Hiatt--never used the term "unprofessional" or that Cox was harrassed. | $300.00 | $60.00 | Bradley Coxe |

| Date | Hours | Description | Rate | Amount | Attorney |
|---|---|---|---|---|---|
| 7/6/2016 | 7.3 | draft response to summary judgment; draft supplemental affidavit of Nick Hiatt | $300.00 | $2,190.00 | Bradley Coxe |
| 7/7/2016 | 8.8 | draft response to summary judgment | $300.00 | $2,640.00 | Bradley Coxe |
| 7/8/2016 | 6.4 | draft response. S/J | $300.00 | $1,920.00 | Bradley Coxe |
| 7/11/2016 | 0.2 | email to/from Jesse re: Aslemo (witness) | $300.00 | $60.00 | Bradley Coxe |
| 7/12/2016 | 0.7 | review ICMA report (consultant to BHI who recommended the public safety dept set up) | $300.00 | $210.00 | Bradley Coxe |
| 7/12/2016 | 0.5 | emails from Nick re: Jane (character witness) | $300.00 | $150.00 | Bradley Coxe |
| 7/13/2016 | 0.8 | draft discovery responses | $300.00 | $240.00 | Bradley Coxe |
| 7/20/2016 | 0.8 | discovery deadline coming up. extension of time. | $300.00 | $240.00 | Bradley Coxe |
| 7/25/2016 | 0.7 | receipt/review email from Bryant | $300.00 | $210.00 | Bradley Coxe |
| 7/26/2016 | 4 | receipt/review reply | $300.00 | $1,200.00 | Bradley Coxe |
| 8/1/2016 | 0.2 | phone Nick--got phone call from a few people involved. Mitchell is gone as of today. Freeman said that a PI (Rick Nelson?) lives on island. got all of documents and information and sent it to residents. | $300.00 | $60.00 | Bradley Coxe |
| 8/3/2016 | 0.6 | receipt/review Rick Nelson (reporter) synopsis; receipt/review news articles on Caroline Mitchell | $300.00 | $180.00 | Bradley Coxe |
| 8/4/2016 | 0.7 | edit discovery responses--Cannon | $300.00 | $210.00 | Bradley Coxe |
| 8/4/2016 | 0.3 | edit discovery | $300.00 | $90.00 | Bradley Coxe |
| 8/5/2016 | 1.4 | phone DJ--interogatories. #8 will just be mental pain and suffering, loss of reputation, etc.; edit discovery | $300.00 | $420.00 | Bradley Coxe |
| 8/8/2016 | 0.6 | edit discovery | $300.00 | $180.00 | Bradley Coxe |
| 8/14/2016 | 1.5 | prepare for depositions | $300.00 | $450.00 | Bradley Coxe |
| 8/17/2016 | 0.7 | prepare for depostions | $300.00 | $210.00 | Bradley Coxe |

| Date | Hours | Description | Rate | Amount | Attorney |
|---|---|---|---|---|---|
| 8/17/2016 | 3.6 | depositions of Swanson, Anderson | $300.00 | $1,080.00 | Bradley Coxe |
| 8/24/2016 | 0.9 | prepare for depositions; conference with clients; depositions of clients | $300.00 | $270.00 | Bradley Coxe |
| 8/24/2016 | 5.5 | depositions of Conner, Cannon, Terrell, Williams | $300.00 | $1,650.00 | Bradley Coxe |
| 8/30/2016 | 0.1 | email from Nick re: new employment for Caroline | $300.00 | $30.00 | Bradley Coxe |
| 8/30/2016 | 0.1 | phone Norwood--ok to take DJ next week out of time. will email password shortly | $300.00 | $30.00 | Bradley Coxe |
| 9/2/2016 | 0.2 | phone Norwood--Tom will get seperation money (pension). email link will be sent today. DJ for next week; email tom re: pension | $300.00 | $60.00 | Bradley Coxe |
| 9/6/2016 | 2.5 | receipt/review Village emails of Bryant, Terrell | $300.00 | $750.00 | Bradley Coxe |
| 9/9/2016 | 2 | depo of DJ | $300.00 | $600.00 | Bradley Coxe |
| 9/14/2016 | 3 | receipt/review order from court on motion to dismiss and motion on the pleadings; research adequate state remedy for US claims; receipt/review email notes from Bryant | $300.00 | $900.00 | Bradley Coxe |
| 9/20/2016 | 2 | review SJ memos--additional information from depositions? | $300.00 | $600.00 | Bradley Coxe |
| 9/22/2016 | 0.3 | receipt/review order to dismiss. | $300.00 | $90.00 | Bradley Coxe |
| 9/23/2016 | 2.1 | receipt/review Ellision deposition; draft supplemental response to Defendant's motion for summary judgment. | $300.00 | $630.00 | Bradley Coxe |
| 9/30/2016 | 0.1 | email to clients re: extension | $300.00 | $30.00 | Bradley Coxe |
| 9/30/2016 | 0.2 | phone Norwood--local rules extend the dispositive motions. | $300.00 | $60.00 | Bradley Coxe |
| 10/7/2016 | 0.1 | receipt/review Answer | $300.00 | $30.00 | Bradley Coxe |
| 10/7/2016 | 0.8 | receipt/review/respond email re: grievance letters | $300.00 | $240.00 | Bradley Coxe |
| 10/10/2016 | 1.1 | receipt/review motion for SJ; affidavits of Peck, Mitchell, statement of facts | $300.00 | $330.00 | Bradley Coxe |
| 10/12/2016 | 0.6 | review DJ deposition | $300.00 | $180.00 | Bradley Coxe |

| Date | Hours | Description | Rate | Amount | Attorney |
|---|---|---|---|---|---|
| 10/13/2016 | 0.7 | receipt/review depos of clients | $300.00 | $210.00 | Bradley Coxe |
| 10/16/2016 | 4.1 | draft response to SJ | $300.00 | $1,230.00 | Bradley Coxe |
| 10/17/2016 | 0.3 | email from Bryant re: Calvin Peck email to village re: terminations | $300.00 | $90.00 | Bradley Coxe |
| 10/18/2016 | 5.7 | draft SJ memo | $300.00 | $1,710.00 | Bradley Coxe |
| 10/18/2016 | 0.4 | phone from Norwood--not heard back on dates, ok to proceed without SJ ruling; he looks at due process claim, change on the Board and some are sympthatic, League different than most carriers. pays attention to what the town wants. | $300.00 | $120.00 | Bradley Coxe |
| 10/19/2016 | 1.4 | draft motion and memo to extend page limit; motion and memo for oral argument | $300.00 | $420.00 | Bradley Coxe |
| 10/19/2016 | 0.1 | research name clearing hearing | $300.00 | $30.00 | Bradley Coxe |
| 10/20/2016 | 1.1 | research--name clearing hearing | $300.00 | $330.00 | Bradley Coxe |
| 10/21/2016 | 0.5 | edit grievance letter | $300.00 | $150.00 | Bradley Coxe |
| 10/24/2016 | 3.4 | edit response for summary judgment | $300.00 | $1,020.00 | Bradley Coxe |
| 10/26/2016 | 5.6 | review SJ memo; draft affidavits for clients as exhibits | $300.00 | $1,680.00 | Bradley Coxe |
| 10/27/2016 | 3.5 | edit response | $300.00 | $1,050.00 | Bradley Coxe |
| 10/28/2016 | 0.5 | review exhibits for SJ memo | $300.00 | $150.00 | Bradley Coxe |
| 11/3/2016 | 0.1 | receipt order from court reseting trial | $300.00 | $30.00 | Bradley Coxe |
| 11/7/2016 | 0.8 | motion to extend time for mediation | $300.00 | $240.00 | Bradley Coxe |
| 11/23/2016 | 0.1 | phone Norwood--left message. ok for 12 start | $300.00 | $30.00 | Bradley Coxe |
| 11/23/2016 | 3 | prepare for mediation--review depositions, pleadings, personel file; client conferneces | $300.00 | $900.00 | Bradley Coxe |
| 11/25/2016 | 4.3 | prepare for mediation; phone Roy Taylor--will get new numbers; review litigation outline, authority; review numbers with clients | $300.00 | $1,290.00 | Bradley Coxe |
| 11/28/2016 | 8 | prepare for mediation; mediation; | $300.00 | $2,400.00 | Bradley Coxe |

| 11/29/2016 | 4 | receipt/review/respond supplemental memorandum to motion for summary judgment | $300.00 | $1,200.00 | Bradley Coxe |
|---|---|---|---|---|---|
| 1/11/2017 | 0.3 | receipt/review/respond email from Nick re: Karen Williams | $300.00 | $90.00 | Bradley Coxe |
| 1/13/2017 | 0.5 | conference with Sam re: Charles Ellis (attorney for Bald Head Island) | $300.00 | $150.00 | Bradley Coxe |
| 1/16/2017 | 1.5 | email to Charles Ellis, attorney for BHI-- experts reports, settlement, facts of the case | $300.00 | $450.00 | Bradley Coxe |
| 1/17/2017 | 0.1 | phone from Norwood-- first week of February with Chris McCall (BHI town manager). got reservation of rights. Charles Ellis hired for coverage issues | $300.00 | $30.00 | Bradley Coxe |
| 2/20/2017 | 0.2 | receipt/review email from Nick; review article; review new case law. | $300.00 | $60.00 | Bradley Coxe |
| 2/21/2017 | 0.8 | receipt/review/respond Nick email; supplemental case law. | $300.00 | $240.00 | Bradley Coxe |
| 2/22/2017 | 2.7 | review new case law; draft motion for supplemental argument; draft email to Norwood | $300.00 | $810.00 | Bradley Coxe |
| 2/22/2017 | 1.2 | phone from Norwood--McCall suggested week of 13th (Monday or Tuesday). March 3 also. Charles Ellis on reopen the mediation. Norwood doesn't care if clients there if we have power to negotiate. League is willing to talk more on. additional mediation with or without O'Quinn. other things they can do. amend F-5 and termination letters recinded. waive the greivance hearing. just get to the money complaint. League doesn't care what is in the files. Rule 408. had pushback from client on that issue earlier. | $300.00 | $360.00 | Bradley Coxe |
| 2/23/2017 | 0.5 | email to Norwood--settlement global | $300.00 | $150.00 | Bradley Coxe |
| 2/28/2017 | 0.1 | phone Tom Cannon--applying for job. want to know if he was ever terminated. | $300.00 | $30.00 | Bradley Coxe |
| 3/7/2017 | 0.1 | receipt/review new case filed by Defendants | $300.00 | $30.00 | Bradley Coxe |

| | | | | | |
|---|---|---|---|---|---|
| 3/8/2017 | 0.2 | phone Norwood--gotten permission to use Limited's space. who to schedule first? David Cox--keyword search? just all emails to or from my guys. Calling Willie Wilson from the League. What do they want. policy is limited to coverage amount from another case ruling. Will send copy of order. (stating that the coverage limit is $1M). Big conference room table. | $300.00 | $60.00 | Bradley Coxe |
| 3/8/2017 | 1.9 | letter to Norwood--greivance cancellation | $300.00 | $570.00 | Bradley Coxe |
| 3/9/2017 | 1.3 | phone Charles Ellis--settlment, position of Village, trial | $300.00 | $390.00 | Bradley Coxe |
| 3/10/2017 | 0.6 | edit letter to norwood; email to clients--cancelation; call Ellis | $300.00 | $180.00 | Bradley Coxe |
| 3/10/2017 | 1.5 | phone Charles Ellis--relayed what Norwood said $40,000. Belief that can get well over $100,000 and non-economic issues. Will probably set for trial 30 days out from conference. | $300.00 | $450.00 | Bradley Coxe |
| 3/13/2017 | 2 | receipt/review Defendants' notice of mootness; review depositions for substantive responses; receipt order from the court re: trial continued | $300.00 | $600.00 | Bradley Coxe |
| 3/14/2017 | 2 | receipt/review/respond suggestion of mootness | $300.00 | $600.00 | Bradley Coxe |
| 3/15/2017 | 1 | email to Norwood re: emails; draft response to mootness motion | $300.00 | $300.00 | Bradley Coxe |
| 3/20/2017 | 0.9 | draft response to suggestion of mootness | $300.00 | $270.00 | Bradley Coxe |
| 3/21/2017 | 2.5 | draft response to mootness | $300.00 | $750.00 | Bradley Coxe |
| 3/24/2017 | 1.1 | draft motion to compel | $300.00 | $330.00 | Bradley Coxe |
| 3/27/2017 | 0.7 | draft motion to compel | $300.00 | $210.00 | Bradley Coxe |
| 3/30/2017 | 1 | receipt/review order on summary judgmnet | $300.00 | $300.00 | Bradley Coxe |
| 4/3/2017 | 0.8 | review research on insurance coverage; draft conflict waiver | $300.00 | $240.00 | Bradley Coxe |
| 4/5/2017 | 0.6 | conference with Sam re: insurance | $300.00 | $180.00 | Bradley Coxe |

| | | | | | |
|---|---|---|---|---|---|
| 4/7/2017 | 2.1 | research insurance coverage | $300.00 | $630.00 | Bradley Coxe |
| 4/17/2017 | 0.3 | receipt/review/respond response to motion to compel | $300.00 | $90.00 | Bradley Coxe |
| 4/20/2017 | 0.2 | phone Rick (reporter)--severance packages. did story on it. Peck and Mitchell were exonerated from financial issues in their severance packages; Political implications. Andy Thayer is running for mayor again. Kit adcock was going to run but Thayer is. If not satisfactory settlement by filing deadline in July she will run. Village haning a lot of hopes on SJ. | $300.00 | $60.00 | Bradley Coxe |
| 4/28/2017 | 1 | receipt/review/respond motion and memo to amend judgment | $300.00 | $300.00 | Bradley Coxe |
| 5/1/2017 | 0.3 | phone Norwood--public records. Sent it to them. Would like to be out of it. Charles Ellis keeps bugging me about a counter offer. Can I get a real number to send back to the client. Satterfield trumps Sciolono. Is Judge looking at individual texts? Different results due to the different accuzations. | $300.00 | $90.00 | Bradley Coxe |
| 5/4/2017 | 0.2 | receipt/review docketing statement on appeal; | $300.00 | $60.00 | Bradley Coxe |
| 5/12/2017 | 1.2 | draft response to motion to alter judgment | $300.00 | $360.00 | Bradley Coxe |
| 5/17/2017 | 0.6 | review/edit response to motion to alter judgment | $300.00 | $180.00 | Bradley Coxe |
| 5/18/2017 | 0.9 | receipt/review order from appeals court re: mediation; | $300.00 | $270.00 | Bradley Coxe |
| 5/22/2017 | 1.9 | prepare pretrial disclosures; phone Norwood; phone State bar--conflict | $300.00 | $570.00 | Bradley Coxe |
| 6/5/2017 | 0.4 | phone from Nathan Elliot--email the financial report | $300.00 | $120.00 | Bradley Coxe |
| 6/6/2017 | 2.3 | phone Charles Ellis--get me an offer; phone Nick--don't want him (Bryant) to come back, leave again and then won't let us represent them; | $300.00 | $690.00 | Bradley Coxe |
| 6/7/2017 | 1 | review damage calculations | $300.00 | $300.00 | Bradley Coxe |
| 6/23/2017 | 1.6 | r/r order for summary judgment. | $300.00 | $480.00 | Bradley Coxe |

| Date | Hours | Description | Rate | Amount | Attorney |
|---|---|---|---|---|---|
| 7/7/2017 | 0.2 | receipt/review settlement letter | $300.00 | $60.00 | Bradley Coxe |
| 7/19/2017 | 0.5 | receipt/review notice of appeal | $300.00 | $150.00 | Bradley Coxe |
| 7/20/2017 | 0.5 | receipt/review appeal notices | $300.00 | $150.00 | Bradley Coxe |
| 7/31/2017 | 3.5 | draft motion to consolidate | $300.00 | $1,050.00 | Bradley Coxe |
| 8/7/2017 | 0.5 | edit motion to consolidate appeals | $300.00 | $150.00 | Bradley Coxe |
| 8/17/2017 | 2.4 | prep for mediation (court of appeals); mediation; extend briefing schedule. reconvene. | $300.00 | $720.00 | Bradley Coxe |
| 8/21/2017 | 1.5 | receipt/review emails from clients; work up lost wages information; | $300.00 | $450.00 | Bradley Coxe |
| 8/22/2017 | 0.6 | review ins. coverage | $300.00 | $180.00 | Bradley Coxe |
| 8/23/2017 | 0.3 | conference with Mrs. Koons | $300.00 | $90.00 | Bradley Coxe |
| 8/24/2017 | 1.9 | draft damages estimates and authority | $300.00 | $570.00 | Bradley Coxe |
| 8/24/2017 | 3.4 | mediation (Court of Appeals) | $300.00 | $1,020.00 | Bradley Coxe |
| 8/30/2017 | 0.5 | conference with Sam; receipt/review/respond email from Norwood re: reinstatement | $300.00 | $150.00 | Bradley Coxe |
| 9/8/2017 | 1.8 | receipt/review/respond email from Norwood re: joint appendix | $300.00 | $540.00 | Bradley Coxe |
| 9/11/2017 | 0.2 | receipt/review/respond email from Norwood re: joint appendix | $300.00 | $60.00 | Bradley Coxe |
| 9/14/2017 | 1.3 | receipt/review/respond joint appendix letter; review depositions. | $300.00 | $390.00 | Bradley Coxe |
| 10/3/2017 | 1.4 | receipt/review defendant appellant brief | $300.00 | $420.00 | Bradley Coxe |
| 10/4/2017 | 3.7 | outline brief | $300.00 | $1,110.00 | Bradley Coxe |
| 10/5/2017 | 1.8 | draft appellee brief | $300.00 | $540.00 | Bradley Coxe |
| 10/6/2017 | 2.6 | draft response brief | $300.00 | $780.00 | Bradley Coxe |
| 10/9/2017 | 0.8 | draft response brief | $300.00 | $240.00 | Bradley Coxe |
| 10/10/2017 | 3.9 | draft response brief | $300.00 | $1,170.00 | Bradley Coxe |
| 10/12/2017 | 0.9 | draft response | $300.00 | $270.00 | Bradley Coxe |

| | | | | | |
|---|---|---|---|---|---|
| 10/13/2017 | 3 | draft response | $300.00 | $900.00 | Bradley Coxe |
| 10/16/2017 | 1.5 | edit brief | $300.00 | $450.00 | Bradley Coxe |
| 10/17/2017 | 2.4 | edit brief | $300.00 | $720.00 | Bradley Coxe |
| 10/18/2017 | 6.1 | edit brief | $300.00 | $1,830.00 | Bradley Coxe |
| 10/23/2017 | 6.1 | edit brief | $300.00 | $1,830.00 | Bradley Coxe |
| 10/24/2017 | 4.4 | edit brief | $300.00 | $1,320.00 | Bradley Coxe |
| 10/26/2017 | 6.6 | edit brief | $300.00 | $1,980.00 | Bradley Coxe |
| 10/27/2017 | 2.1 | edit brief | $300.00 | $630.00 | Bradley Coxe |
| 10/28/2017 | 3.6 | edit brief | $300.00 | $1,080.00 | Bradley Coxe |
| 10/30/2017 | 1 | edit brief | $300.00 | $300.00 | Bradley Coxe |
| 12/20/2017 | 1 | freedom of information act request letter to Norwood; review Byrant appeal proceedings | $300.00 | $300.00 | Bradley Coxe |
| 12/28/2017 | 1.5 | receipt/review notice of appeal; email to/from Norwood; | $300.00 | $450.00 | Bradley Coxe |
| 1/22/2018 | 0.4 | receipt/review separation agreements. | $300.00 | $120.00 | Bradley Coxe |
| 1/22/2018 | 3.2 | receipt/review public records request emails | $300.00 | $960.00 | Bradley Coxe |
| 1/31/2018 | 0.2 | phone Nick--status | $300.00 | $60.00 | Bradley Coxe |
| 2/21/2018 | 2.7 | receipt/review additional public record request documents; review briefs | $300.00 | $810.00 | Bradley Coxe |
| 2/22/2018 | 0 | conference with Sam re: oral argument | $300.00 | $0.00 | Bradley Coxe |
| 2/22/2018 | 1.4 | prepare for oral argument--outline | $300.00 | $420.00 | Bradley Coxe |
| 2/24/2018 | 4.3 | prepare for oral argument--outline and rehearse | $300.00 | $1,290.00 | Bradley Coxe |
| 2/25/2018 | 3.2 | prepare for oral argument--reshearse | $300.00 | $960.00 | Bradley Coxe |
| 2/26/2018 | 6.8 | prepare oral argument; mock argument; edit presentation | $300.00 | $2,040.00 | Bradley Coxe |
| 2/27/2018 | 10 | to Lynchburg; prepare for oral argument; review appellant supplemental authorities | $300.00 | $3,000.00 | Bradley Coxe |

| | | | | | |
|---|---|---|---|---|---|
| 2/28/2018 | 7 | from Lynchburg; oral argument | $300.00 | $2,100.00 | Bradley Coxe |
| 3/1/2018 | 2.3 | email to clients; draft supplemental authority leter | $300.00 | $690.00 | Bradley Coxe |
| 3/2/2018 | 0.4 | draft supplementary authority; research | $300.00 | $120.00 | Bradley Coxe |
| 3/9/2018 | 1.9 | review public records request emails | $300.00 | $570.00 | Bradley Coxe |
| 4/16/2018 | 1.2 | review 3rd set of emails VBHI_5239 to VBHI_10403 | $300.00 | $360.00 | Bradley Coxe |
| 4/17/2018 | 1.4 | review 3rd set of emails. | $300.00 | $420.00 | Bradley Coxe |
| 5/8/2018 | 0.3 | receipt/review submission of supplemental authority | $300.00 | $90.00 | Bradley Coxe |
| 5/30/2018 | 1.9 | receipt/review order and opinion from 4th Circuit | $300.00 | $570.00 | Bradley Coxe |
| 5/31/2018 | 1.1 | research remand procedures | $300.00 | $330.00 | Bradley Coxe |
| 6/5/2018 | 0.8 | research damages | $300.00 | $240.00 | Bradley Coxe |
| 6/6/2018 | 0.9 | research damages | $300.00 | $270.00 | Bradley Coxe |
| 8/8/2018 | 2.7 | review dso; receipt/review/respond email from Jesse re: Chief (possible witness); | $300.00 | $810.00 | Bradley Coxe |
| 8/9/2018 | 5.1 | research damages; prepare totals for each claim | $300.00 | $1,530.00 | Bradley Coxe |
| 8/20/2018 | 1 | review order for joint report; outline response. | $300.00 | $300.00 | Bradley Coxe |
| 8/22/2018 | 0.1 | prepare joint report | $300.00 | $30.00 | Bradley Coxe |
| 8/22/2018 | 0.2 | Nick Hiatt--336-707-9117. He is still on board | $300.00 | $60.00 | Bradley Coxe |
| 8/22/2018 | 0.2 | phone Roy--supplement the report. get updated financials from clients | $300.00 | $60.00 | Bradley Coxe |
| 8/27/2018 | 3.3 | phone Norwood, Carlos Mahony (Bryant attorney)  re: coordinate with Bryant case; conference with Sam; provide documents to Carlos; | $300.00 | $990.00 | Bradley Coxe |
| 8/29/2018 | 0.3 | receipt/review joint report | $300.00 | $90.00 | Bradley Coxe |
| 8/30/2018 | 0.9 | draft joint report | $300.00 | $270.00 | Bradley Coxe |
| 9/7/2018 | 6.5 | to/from Greenville; pretrial conference | $300.00 | $1,950.00 | Bradley Coxe |

| | | | | | |
|---|---|---|---|---|---|
| 9/25/2018 | 1.4 | email to Carlos re: motion to reconsider; prepare supplementation of discovery | $300.00 | $420.00 | Bradley Coxe |
| 9/26/2018 | 4.8 | review damages | $300.00 | $1,440.00 | Bradley Coxe |
| 10/4/2018 | 0.2 | receipt/review order for mediation | $300.00 | $60.00 | Bradley Coxe |
| 10/8/2018 | 2.2 | prepare focus group issues | $300.00 | $660.00 | Bradley Coxe |
| 10/10/2018 | 0.6 | prepare focus group; supplement discovery | $300.00 | $180.00 | Bradley Coxe |
| 10/10/2018 | 0.2 | phone Nick Terrell--status | $300.00 | $60.00 | Bradley Coxe |
| 10/12/2018 | 0.1 | receipt/review/respond emails re: mediation location and date | $300.00 | $30.00 | Bradley Coxe |
| 10/16/2018 | 0.3 | receipt/review/respond email from Nick re: financials; supplement discovery; | $300.00 | $90.00 | Bradley Coxe |
| 10/17/2018 | 0.2 | edit discovery supplementation. | $300.00 | $60.00 | Bradley Coxe |
| 10/22/2018 | 0.4 | draft reply to motion to continue mediation | $300.00 | $120.00 | Bradley Coxe |
| 10/22/2018 | 0.1 | phone Norwood--Peck and Mitchell. no objection. | $300.00 | $30.00 | Bradley Coxe |
| 10/23/2018 | 1.7 | draft motion and memo to reconsider | $300.00 | $510.00 | Bradley Coxe |
| 11/7/2018 | 2 | prepare focus group ads | $300.00 | $600.00 | Bradley Coxe |
| 11/9/2018 | 2.5 | draft focus group letters. | $300.00 | $750.00 | Bradley Coxe |
| 11/13/2018 | 3 | prepare pre-mediation statement | $300.00 | $900.00 | Bradley Coxe |
| 11/14/2018 | 0.6 | focus group outline | $300.00 | $180.00 | Bradley Coxe |
| 11/15/2018 | 8.7 | prepare for focus group-exhibits, argument, forms, questions for group | $300.00 | $2,610.00 | Bradley Coxe |
| 11/16/2018 | 4 | prepare for focus group | $300.00 | $1,200.00 | Bradley Coxe |
| 11/17/2018 | 4.5 | Focus group | $300.00 | $1,350.00 | Bradley Coxe |
| 11/19/2018 | 1 | review focus group information | $300.00 | $300.00 | Bradley Coxe |
| 11/19/2018 | 0.4 | phone Norwood | $300.00 | $120.00 | Bradley Coxe |
| 11/19/2018 | 0.2 | receipt/review/respond email from Carlos, Norwood. | $300.00 | $60.00 | Bradley Coxe |

| Date | Hours | Description | Rate | Amount | Attorney |
|---|---|---|---|---|---|
| 11/19/2018 | 1.5 | prepare for mediation (post appeal district court ordered); motion to excuse DJ | $300.00 | $450.00 | Bradley Coxe |
| 11/20/2018 | 10 | to/from Raleigh; mediation with Judge Jones | $300.00 | $3,000.00 | Bradley Coxe |
| 11/29/2018 | 1.5 | conference with John Green (consulting attorney) re: case, strategy, focus group | $300.00 | $450.00 | Bradley Coxe |
| 12/1/2018 | 1 | research federal pattern jury instructions | $300.00 | $300.00 | Bradley Coxe |
| 12/6/2019 | 0.5 | email and phone with Winslow Taylor re: Judge Howard's preferences | $300.00 | $150.00 | Bradley Coxe |
| 12/7/2018 | 1.2 | research punitive damages and bifurcated trial | $300.00 | $360.00 | Bradley Coxe |
| 1/18/2019 | 0.2 | phone Roy Taylor--prepare statement off the internet on present value. trying to find a dumber way to do it. good formula. trying to get contact with his contacts. Will do a statement and confirm methods. Will also give me the back up calculations. | $300.00 | $60.00 | Bradley Coxe |
| 2/18/2019 | 0.3 | Jesse--won't hurt him either way. apply to Kure Beach fire department. would negativly impact the case. | $300.00 | $90.00 | Bradley Coxe |
| 4/3/2019 | 0.1 | research Judge Howard in preparation for trial | $300.00 | $30.00 | Bradley Coxe |
| 4/4/2019 | 6.2 | draft voir dire; draft jury instructions | $300.00 | $1,860.00 | Bradley Coxe |
| 6/19/2019 | 0.5 | conference with Sam--final pretrial 9/18 1:00 in Greenville. motions 9/30. 11:00. trial late October/early November. 5-7 hours to put on the case including cross examination. "time of lawyers talking" pretrial motions for plaintiff possibly text message not sent by our clients. Defendant--Daubert motion on expert. start on Tuesday morning. Monday is preliminary issues. Circle back to Carlos regarding Bryant settlement. | $300.00 | $150.00 | Bradley Coxe |
| 6/21/2019 | 0.2 | receipt/review/respond email from clients re: status | $300.00 | $60.00 | Bradley Coxe |

| Date | Hours | Description | Rate | Amount | Attorney |
|------|-------|-------------|------|--------|----------|
| 6/27/2019 | 1 | receipt/review/respond email from court clerk re: courtroom tech; enter deadlines | $300.00 | $300.00 | Bradley Coxe |
| 6/28/2019 | 3.6 | enter deadlines; prepare jury instructions and verdict sheet (90 issues!) | $300.00 | $1,080.00 | Bradley Coxe |
| 7/8/2019 | 0 | phone Travis Barham--left message | $300.00 | $0.00 | Bradley Coxe |
| 7/8/2019 | 0.6 | conference call with Judge Swank--no trial date yet. parties have tried to mediate it. Judge Howard would like to consider in non-binding summary non-jury trial. referred to new judge who has not had involvment. (Judge Callaway possibly. bankruptcy judge) set aside a day. summary case and getting advisory decision. has a house at BHI. work out witnesses and evidence with Judge C along with a proffer. local rules. Can do it with same dates. before pre-trial conference. contact Shela Foles case manager under website is email address. Judge Callaway in Greenville. in logjam over damages. rules are no transcript are admitted into evidence at trial. | $300.00 | $180.00 | Bradley Coxe |
| 7/11/2019 | 0.5 | phone Al Butler (bankruptcy attorney)--re: Judge Calloway. active judge. not afraid to pick on somebody. vocal judge. easy to see where he is coming from early. has trial experience. very familiar with motion practice and summary work.would think that among the 3 judges he would be most comfortable. pretty sharp. not afraid to back away from an opinion if shown to be wrong. probably won't take you back in chambers. | $300.00 | $150.00 | Bradley Coxe |
| 7/15/2019 | 1.9 | outline summary trial | $300.00 | $570.00 | Bradley Coxe |
| 7/17/2019 | 0.5 | receipt 2018 tax returns | $300.00 | $150.00 | Bradley Coxe |

| | | | | | |
|---|---|---|---|---|---|
| 7/23/2019 | 0.4 | phone Travis (attorney case)--tried case with Howard. time constraints were severe. looking back the timekeeping prevented trial from going on too long on extranous manner. Judge keeps running tally on time. voir dire was quick. he handled the questioning. did submit questions. open to the questions he was admitted. everything he did was efficent. jurors loved him. grandfather. attorney targeted humor from judge Howard. very colligal and down to earth. seldom interrupted. will say something if you go on to long. warned against long closing arguments. they submitted proposed jury instructions and then additional ones during trial. took the majority. never stayed in the courtroom for lunch.  only stayed when jury was deliberated. courtroom equipped with screens. need clearance to show to the jury. staff is good to learn. submit exhibits ahead of time. put tags on them ahead of time. Loman machine. could leave stuff ahead of time. no list days or weeks before. stayed at Hilton Garden Inn. have a suite with warroom. Howard | $300.00 | $120.00 | Bradley Coxe |
| 7/24/2019 | 1 | phone conference with Judge Calloway | $300.00 | $300.00 | Bradley Coxe |
| 8/11/2019 | 0.8 | receipt additional emails from Norwood not previously disclosed | $300.00 | $240.00 | Bradley Coxe |
| 8/12/2019 | 4 | Summary trial | $300.00 | $1,200.00 | Bradley Coxe |
| 8/13/2019 | 7 | summary trial | $300.00 | $2,100.00 | Bradley Coxe |
| 8/15/2019 | 1.6 | draft additional authorities | $300.00 | $480.00 | Bradley Coxe |
| 8/16/2019 | 4.8 | draft memo of additional authorities | $300.00 | $1,440.00 | Bradley Coxe |
| 8/20/2019 | 1.7 | pretrial disclosures, exhibit list, witness list | $300.00 | $510.00 | Bradley Coxe |
| 8/23/2019 | 3.6 | objections to exhibits; prepare exhibits. | $300.00 | $1,080.00 | Bradley Coxe |

| | | | | | |
|---|---|---|---|---|---|
| 8/26/2019 | 0.7 | conference call with Judge Calloway--2 parts: "advisory opinion" and "opinion" will findings of fact that he would made. will post on the bankruptcy file. continued press interest--can make the opinion available to lawyers but not outside of control. Don't want them in the press. Kept under control. Judge Howard would take a dim view about it being on WWAY. Not a public process. (reads the opinion) claims had merit. not wishful thinking. will have them posted this afternoon. Available to go to Wilmington and meet for mediation session if we wish after Sept 4. would be available for questions on the findings of fact. would be glad to reconvene a conference call. either an individual or group call. contact him directly as long as copied the other side. email McAfee. Let court know if we don't need any additional ADR. | $300.00 | $210.00 | Bradley Coxe |
| 8/28/2019 | 2.9 | prepare pretrial order | $300.00 | $870.00 | Bradley Coxe |
| 8/28/2019 | 1 | conference with Jesse Conner re: Calloway decision | $300.00 | $300.00 | Bradley Coxe |
| 8/28/2019 | 0.5 | conference with DJ re: Judge Calloway's decision | $300.00 | $150.00 | Bradley Coxe |
| 8/28/2019 | 0.7 | conference with Nick--Calloway | $300.00 | $210.00 | Bradley Coxe |
| 8/29/2019 | 1.9 | prepare pretrial order | $300.00 | $570.00 | Bradley Coxe |
| 8/30/2019 | 0.8 | conference call with Tom re: summary trial | $300.00 | $240.00 | Bradley Coxe |
| 9/2/2019 | 1.6 | prepare pre trial motions | $300.00 | $480.00 | Bradley Coxe |
| 9/3/2019 | 5 | draft jury instructions | $300.00 | $1,500.00 | Bradley Coxe |
| 9/4/2019 | 2 | draft jury instructions | $300.00 | $600.00 | Bradley Coxe |
| 9/18/2019 | 9 | to/from Greenville; technology training, pre trial conference. | $300.00 | $2,700.00 | Bradley Coxe |

| Date | Hours | Description | Rate | Amount | Attorney |
|---|---|---|---|---|---|
| 9/26/2019 | 0.4 | draft pretrial motions. | $300.00 | $120.00 | Bradley Coxe |
| 9/27/2019 | 2.7 | draft motions in limine | $300.00 | $810.00 | Bradley Coxe |
| 9/30/2019 | 4.4 | draft pretrial motions and memos | $300.00 | $1,320.00 | Bradley Coxe |
| 10/1/2019 | 4.1 | draft pretrial motions | $300.00 | $1,230.00 | Bradley Coxe |
| 10/2/2019 | 0.7 | receipt/review order from court re: trial dates; email to clients | $300.00 | $210.00 | Bradley Coxe |
| 10/14/2019 | 5.3 | response to motions in limine | $300.00 | $1,590.00 | Bradley Coxe |
| 10/16/2019 | 6.3 | draft response to motions in liminie | $300.00 | $1,890.00 | Bradley Coxe |
| 10/18/2019 | 2.4 | draft response to memo on defamation | $300.00 | $720.00 | Bradley Coxe |
| 10/23/2019 | 0.9 | draft reply to responses of Defendants to motions in limine | $300.00 | $270.00 | Bradley Coxe |
| 10/24/2019 | 3 | draft reply to responses on pretrial motions. | $300.00 | $900.00 | Bradley Coxe |
| 10/28/2019 | 0.4 | edit replys | $300.00 | $120.00 | Bradley Coxe |
| 10/29/2019 | 0.2 | receipt/review defendants reply | $300.00 | $60.00 | Bradley Coxe |
| 11/8/2019 | 8 | to/from Greenville; pretrial conference | $300.00 | $2,400.00 | Bradley Coxe |
| 12/9/2019 | 1 | review jury instructions, punitive damages | $300.00 | $300.00 | Bradley Coxe |
| 12/13/2019 | 7.7 | draft direct of Calvin Peck | $300.00 | $2,310.00 | Bradley Coxe |
| 12/16/2019 | 0.1 | phone call--subpoenaed wrong nick hiatt. | $300.00 | $30.00 | Bradley Coxe |
| 12/31/2019 | 2.6 | receipt/review court's order on pre trial motions. | $300.00 | $780.00 | Bradley Coxe |
| 1/2/2020 | 0.2 | phone Matt Cox--no longer work at BHI. forced to resign in November 2017. anything to do with this case? I don't know. tried to come up with policy violations. "well we just don't want you to work anymore" offered to pay. Pender EMS FIre/Sheriff. | $300.00 | $60.00 | Bradley Coxe |
| 1/2/2020 | 0.3 | phone Karen Williams--work at the nuclear power plant. will need to get coverage. implications for the job. gave rates I could pay. | $300.00 | $90.00 | Bradley Coxe |

| | | | | | |
|---|---|---|---|---|---|
| 1/6/2020 | 0.1 | phone Shawn Freeman--gave status on subpoena. please give advance notice as much as possible. | $300.00 | $30.00 | Bradley Coxe |
| 1/6/2020 | 0.1 | phone Karen Williams--my attorney's fee. wants $1500 retainer. reasonable charges can be recovered. | $300.00 | $30.00 | Bradley Coxe |
| 1/14/2020 | 0.9 | phone Karen Williams--served the night before the deposition. can elaborate on the responses. no changes to answers. leave the village--initially resigned and Calvin didn't accept. entered into termination agreement with confidential. key thing is that HR did not conduct any investigation. not involved. expressed concerns it should occur and told to stand down.  by CP. told CP again. narrow window that if new information could step back. more balanced view. didn't get text messages until late. not the entire collection and redacted. felt that situation was not handled a termination should have done. by comparison how handled Munna. allegations and investigation. months long process. counseling. her expectations was the Munna. decision already been made and out of her hands. no way she could have selected the provisions. didn't get text messages until after the letter draft. kept asking for the text messages didn't get then. didn't make sense that the subject of ridicule would lead the investigation. | $300.00 | $270.00 | Bradley Coxe |
| 1/14/2020 | 0 | 9-930<br>10 jury comes in<br>jury by lunch.<br>opening statements 1230-100<br>subsequent days start at 9:00<br>usually finish at 4:00<br>very efficient.<br>will handle stuff at lunch<br>Stacy Wiggins. 252-830-2323 | $300.00 | $0.00 | Bradley Coxe |

| | | | | | |
|---|---|---|---|---|---|
| 1/24/2020 | 0.5 | phone Norwood--testimony on different discipline of other officers not objectionable. Just not the documentary evidence. offer of judgment coming. ask for different judge in Wilmington? going to object to showing the video. not a court reporter. going to need to see tax returns. Conner--without per se he doesn't have anything left. Form f-5b was not "published" to anyone until he attached it to his pleading. other offers are "substantial" | $300.00 | $30.00 | Bradley Coxe |
| 1/24/2020 | 0.4 | receipt offers of judgment | $300.00 | $120.00 | Bradley Coxe |
| 1/27/2020 | 0.6 | prepare new highlighed depositions of Peck and Mitchell to be used at trial | $300.00 | $180.00 | Bradley Coxe |
| 2/3/2020 | 0.2 | phone Karen Ellison Williams--Wednesday morning to testify. | $300.00 | $60.00 | Bradley Coxe |
| 2/3/2020 | 0.2 | phone Nick Hiatt--left message re: status | $300.00 | $60.00 | Bradley Coxe |
| 2/3/2020 | 0.1 | phone Freeman--left message re: status | $300.00 | $30.00 | Bradley Coxe |
| 2/3/2020 | 0.1 | phone Matt Cox--Tuesday at 12:00. Pretrial conference on 2/5. | $300.00 | $30.00 | Bradley Coxe |
| 2/3/2020 | 0.1 | phone Shawn Freeman | $300.00 | $30.00 | Bradley Coxe |
| 2/3/2020 | 1.6 | review voir dire and jury instructions. | $300.00 | $480.00 | Bradley Coxe |
| 2/6/2020 | 0.6 | review final exhibits; stipulation from Norwood on texts | $300.00 | $180.00 | Bradley Coxe |
| 2/7/2020 | 3 | phone Charles Ellis-accept and get attorney's fees. case on point. language in the offer is not the "exclusive/inclusive" language. | $300.00 | $900.00 | Bradley Coxe |
| 2/7/2020 | 1.5 | phone Norwood--his witnesses: STickland, Lasik. (stipulate to numbers). Peck, Mitchell, Anderson, Swanson, Ellison, | $300.00 | $450.00 | Bradley Coxe |
| 2/11/2020 | 7.7 | trial prep--voir dire, opening, Mitchell video, Peck, Freeman, Hiatt, Cox, strategy of excluding testimony of "complaint"; draft memo of authorities | $300.00 | $2,310.00 | Bradley Coxe |

| | | | | | |
|---|---|---|---|---|---|
| 2/12/2020 | 3.9 | pre trial prep--my witnesses; phone Karen left message; phone Nick Hiatt call back at 10; review Norwood memo of authorities; phone with Stacy Wiggins re: privacy claim and breach of contract claim | $300.00 | $1,170.00 | Bradley Coxe |
| 2/12/2020 | 0.2 | phone Chris Behm(attorney for Karen Ellison)--not engaged her to represent her. not opined on issue of contact. | $300.00 | $60.00 | Bradley Coxe |
| 2/12/2020 | 0.1 | phone Dr. Williams--"villages principal" | $300.00 | $30.00 | Bradley Coxe |
| 2/12/2020 | 0.3 | phone Norwood--Karen was his "client contact" and therefore participated. won't divulge attorney/client communications. | $300.00 | $90.00 | Bradley Coxe |
| 2/13/2020 | 10 | trial prep--my witnesses, closing, cross examination of Peck and Mitchell; conference with Shawn Freeman; offer of judgment research; clear and convincing research; fix final exhibits; | $300.00 | $3,000.00 | Bradley Coxe |
| 2/14/2020 | 8 | trial prep--opening and closing, direct Peck; review jury list; video deposition research; good copy of termination letter to blow up; tax returns to Norwood; | $300.00 | $2,400.00 | Bradley Coxe |
| 2/15/2020 | 10 | trial prep--exhibits, voir dire, Mitchell cross, Swanson cross, Anderson cross, closing, opening; additional edits to Mitchell video; | $300.00 | $3,000.00 | Bradley Coxe |
| 2/16/2020 | 10 | trial prep--Mitchell video, Peck cross (deposition review), personnel policy, text messages presentation and review; exhibits in folders; news reports; Williams emails; stipulations; video edits; | $300.00 | $3,000.00 | Bradley Coxe |
| 2/17/2020 | 10 | trial prep; to Greenville--voir dire, pretrtial, organize exhibits, closing, my witnesses | $300.00 | $3,000.00 | Bradley Coxe |
| 2/18/2020 | 7 | Trial; conference with Judge; Howard can't do the trial; conference with clients re: options; from Greenville | $300.00 | $2,100.00 | Bradley Coxe |

| Date | Hours | Description | Rate | Amount | Attorney |
|------|-------|-------------|------|--------|----------|
| 2/19/2020 | 0.8 | receipt/review/respond emails from Matt Cox, Karen Williams re: witness fees; edit closing argument; | $300.00 | $240.00 | Bradley Coxe |
| 2/20/2020 | 1.3 | research offers of judgment | $300.00 | $390.00 | Bradley Coxe |
| 2/28/2020 | 0.1 | receipt/review court order on new trial | $300.00 | $30.00 | Bradley Coxe |
| 3/2/2020 | 0.7 | review insurance coverage--punitive damages? policy limits? attorney's fees? | $300.00 | $210.00 | Bradley Coxe |
| 3/3/2020 | 1.4 | phone Julie Piner--left message; review Tom Cannon file; email to Herbie (Bryant) re: who was there at trial? | $300.00 | $420.00 | Bradley Coxe |
| 3/11/2020 | 0.4 | review trial schedule | $300.00 | $120.00 | Bradley Coxe |
| 4/8/2020 | 1.5 | draft letters to witnesses; emails to clients; emails to opposing counsel, phone with Sam; phone with stacy wiggins; receipt/review/respond text order re: May 11 continue | $300.00 | $450.00 | Bradley Coxe |
| 4/21/2020 | 0.3 | receipt/review email from Norwood re: trial date; contact clients and witnesses re: conflicts. | $300.00 | $90.00 | Bradley Coxe |
| 4/22/2020 | 0.5 | receipt/review/respond emails from clients; review schedule | $300.00 | $150.00 | Bradley Coxe |
| 4/23/2020 | 0.6 | receipt/review/respond email from Norwood re: dates. | $300.00 | $180.00 | Bradley Coxe |
| 5/4/2020 | 0.5 | phone Norwood--will check on backup dates. | $300.00 | $150.00 | Bradley Coxe |
| 5/5/2020 | 0.5 | receipt/review/respond email from Norwood; email to clients and witnesses re: trial dates. | $300.00 | $150.00 | Bradley Coxe |
| 5/6/2020 | 0.4 | receipt/review texts and emails from clients and witnesses re: dates; draft letter to court re: dates. | $300.00 | $120.00 | Bradley Coxe |
| 5/12/2020 | 0.3 | receipt/review new trial date order; email clients and witnesses. | $300.00 | $90.00 | Bradley Coxe |
| 5/22/2020 | 1 | conference with Jesse Conner--Seeing a therapist | $300.00 | $300.00 | Bradley Coxe |
| 6/5/2020 | 0.3 | phone Jesse- re: therapist | $300.00 | $90.00 | Bradley Coxe |
| 6/10/2020 | 0.6 | research duty to supplement | $300.00 | $180.00 | Bradley Coxe |
| 6/18/2020 | 0.3 | receipt/review Jesse Conner therapy records | $300.00 | $90.00 | Bradley Coxe |

| Date | Hours | Description | Rate | Amount | Attorney |
|---|---|---|---|---|---|
| 7/21/2020 | 0.6 | prepare for teleconference; teleconference with magistrate judge | $300.00 | $180.00 | Bradley Coxe |
| 7/21/2020 | 0.5 | judge conference--9/8/2020 in Greenville. don't know if it can happen in September. | $300.00 | $150.00 | Bradley Coxe |
| 7/22/2020 | 0.2 | receipt email from Swank re: bench trial | $300.00 | $60.00 | Bradley Coxe |
| 7/27/2020 | 0.5 | email Carlos re: bench trial thoughts | $300.00 | $150.00 | Bradley Coxe |
| 7/27/2020 | 1 | outlin pros and cons of bench trial | $300.00 | $300.00 | Bradley Coxe |
| 8/3/2020 | 0.1 | phone Jesse--therapist | $300.00 | $30.00 | Bradley Coxe |
| 8/18/2020 | 1.6 | receipt/review/respond order | $300.00 | $480.00 | Bradley Coxe |
| 8/24/2020 | 0.4 | receipt/review/respond email from Matt; Dr. Williams pretrial meeting schedule; | $300.00 | $120.00 | Bradley Coxe |
| 8/25/2020 | 2 | prepare for trial--jury instructions, my witnesses (Peck, Mitchell, Anderson, Swanson, Hiatt, Cox, Williams, Freeman) | $300.00 | $600.00 | Bradley Coxe |
| 8/26/2020 | 3.5 | prepare for trial--closing, my witnesses, text messages, exhibits | $300.00 | $1,050.00 | Bradley Coxe |
| 8/26/2020 | 4.6 | prepare for trial; conference with Matt Cox, Shawn Freeman | $300.00 | $1,380.00 | Bradley Coxe |
| 8/27/2020 | 2.8 | prepare for trial--edit questions and answers for my witnesses based on conferences; email from Karen Williams | $300.00 | $840.00 | Bradley Coxe |
| 8/28/2020 | 0.4 | prepare for trial--schedule | $300.00 | $120.00 | Bradley Coxe |
| 8/31/2020 | 7.8 | prepare for trial-time limit review, schedule and outline times for trial; Peck direct; Nick Hiatt conference | $300.00 | $2,340.00 | Bradley Coxe |
| 9/1/2020 | 5.9 | trial prep--Mitchell cross, Freeman direct, closing, jury instructions | $300.00 | $1,770.00 | Bradley Coxe |
| 9/2/2020 | 7.6 | prepare for trial--personel policy review; discovery review; Swanson and Anderson cross; facts needed from Nick and Jesse on employment | $300.00 | $2,280.00 | Bradley Coxe |
| 9/3/2020 | 5 | trial prep--closing, exhibits, trial publicity, background checks | $300.00 | $1,500.00 | Bradley Coxe |

| | | | | | |
|---|---|---|---|---|---|
| 9/6/2020 | 3.5 | trial prep--review depositions of clients re: thoughts for Sam for direct, redo closing for shorter time; review subsequently controlling authority | $300.00 | $1,050.00 | Bradley Coxe |
| 9/6/2020 | 4 | trial prep--my witnesses, prepare electronic equipment | $300.00 | $1,200.00 | Bradley Coxe |
| 9/7/2020 | 12 | to Greenville; trial prep--1st day procedure, conference with clients, Sam re: last minute strategy | $300.00 | $3,600.00 | Bradley Coxe |
| 9/8/2020 | 12 | Trial | $300.00 | $3,600.00 | Bradley Coxe |
| 9/9/2020 | 8 | trial; from Greenville | $300.00 | $2,400.00 | Bradley Coxe |
| 9/15/2020 | 4.4 | draft findings of fact and conclusions of law; review Tom's statement | $300.00 | $1,320.00 | Bradley Coxe |
| 9/16/2020 | 4.8 | findings of fact and conclusions of law | $300.00 | $1,440.00 | Bradley Coxe |
| 9/17/2020 | 8.8 | findings of fact and conclusions of law | $300.00 | $2,640.00 | Bradley Coxe |
| 9/18/2020 | 2.6 | findings of fact and conclusions of law | $300.00 | $780.00 | Bradley Coxe |
| 9/21/2020 | 2.8 | findings of fact | $300.00 | $840.00 | Bradley Coxe |
| 9/22/2020 | 7.8 | findings of fact | $300.00 | $2,340.00 | Bradley Coxe |
| 9/23/2020 | 6.3 | findings of fact | $300.00 | $1,890.00 | Bradley Coxe |
| 9/24/2020 | 0.5 | review Norwood findings of fact | $300.00 | $150.00 | Bradley Coxe |
| 11/5/2020 | 1.2 | legal research–check for subsequent authority | $300.00 | $360.00 | Bradley Coxe |
| 11/30/2020 | 1.2 | receipt/review findings of fact and conclusions of law. | $300.00 | $360.00 | Bradley Coxe |
| 12/1/2020 | 3.9 | email to guys; bill of costs | $300.00 | $1,170.00 | Bradley Coxe |
| 12/2/2020 | 3.7 | research--motion for attorney's fees; emails to counsel re: affiavits | $300.00 | $1,110.00 | Bradley Coxe |
| 12/3/2020 | 3 | prepare motion for attorney's fees; review and edit time activity entries | $300.00 | $900.00 | Bradley Coxe |
| 12/4/2020 | 4.8 | draft affidavit of BAC, affidavit of Carlos, motion for fees, memo for fees; phone John Green; | $300.00 | $1,440.00 | Bradley Coxe |
| 12/7/2020 | 4.4 | draft memo for attorney's fees | $300.00 | $1,320.00 | Bradley Coxe |

| | | | | | |
|---|---|---|---|---|---|
| 12/7/2020 | 0.5 | phone John Green--will do affidavit | $300.00 | $150.00 | Bradley Coxe |
| 12/8/2020 | 2.9 | conference with Sam re: his hours and expenses, affidavits of attonrey; review time entries for duplicative time, provide detail | $300.00 | $870.00 | Bradley Coxe |
| | | | | | |
| Total | 910 | | | $272,790.00 | |