EXHIBIT 5

| Date | Hours | Description | Rate ($) | Billable ($) | User |
|---|---|---|---|---|---|
| 8/21/2015 | 0.4 | Conference with B.Coxe; organized file | $85.00 | $34.00 | Xylia Sparks-davis |
| 8/26/2015 | 2.5 | Conference with B. Coxe; prepared complaint exhibits, disclosure statements, civil summons; drafted notice of appearance; filed pleadings with United States District court | $85.00 | $212.50 | Xylia Sparks-davis |
| 8/27/2015 | 1 | Prepared copies of filed complaint; prepared certified mailing to all defendants; | $85.00 | $85.00 | Xylia Sparks-davis |
| 9/9/2015 | 0.5 | Drafted discovery | $85.00 | $42.50 | Xylia Sparks-davis |
| 9/18/2015 | 0.9 | Drafted letter to client; prepared medical release forms for mailing to client; filed Rule 26 Discovery Plan with Federal Court | $85.00 | $76.50 | Xylia Sparks-davis |
| 9/17/2015 | 2.5 | Updated witness list information with Bryant notes | $85.00 | $212.50 | Xylia Sparks-davis |
| 9/18/2015 | 0.4 | Conference with B. Coxe regarding Haitt affidavit; conference with A. Ryals regarding affidavit; | $85.00 | $34.00 | Xylia Sparks-davis |
| 10/6/2015 | 0.4 | Updated discovery deadlines in Clio | $85.00 | $34.00 | Xylia Sparks-davis |
| 10/15/2015 | 4.9 | Prepared exhibits to Initial Disclosures; prepared copies of package; drafted cover letter; hand delivered package to opposing counsel; | $85.00 | $416.50 | Xylia Sparks-davis |
| 10/14/2015 | 0.8 | Began assembling documents for initial disclousure exhibits | $85.00 | $68.00 | Xylia Sparks-davis |

| Date | Hours | Description | Rate | Amount | Name |
|---|---|---|---|---|---|
| 10/16/2015 | 0.7 | Contacted B. Coxe; drafted cover letter; prepared package for hand delivery; hand delivered package to opposng counsel | $85.00 | $59.50 | Xylia Sparks-davis |
| 10/26/2015 | 0.8 | Revised discovery requests; submitted to B. Coxe for review; | $85.00 | $68.00 | Xylia Sparks-davis |
| 10/28/2015 | 0.6 | Revised discovery questions | $85.00 | $51.00 | Xylia Sparks-davis |
| 11/2/2015 | 0.4 | Revised discovery | $85.00 | $34.00 | Xylia Sparks-davis |
| 11/6/2015 | 0.5 | Drafted letter to N. Blanchard; submitted to b.coxe fo rreivew; prepared supplemental disclosures for mailing | $85.00 | $42.50 | Xylia Sparks-davis |
| 11/18/2015 | 0.5 | Revised amended complaint; scanned pleading and exhibit; filed amended complaint with court | $85.00 | $42.50 | Xylia Sparks-davis |
| 11/20/2015 | 0.3 | Conference with B. Coxe; filed memorandum in opposing to motion with federal court | $85.00 | $25.50 | Xylia Sparks-davis |
| 12/1/2015 | 1.3 | Conference with B. Coxe; conference with J. Herring; prepared copies of letter; prepared package and duplicate disk;submitted to FedEx Office for shipment to R. Taylor; updated discovery | $85.00 | $110.50 | Xylia Sparks-davis |
| 12/3/2015 | 0.5 | Prepared copies of discovery; drafted letter to opposing counsel; mailed discovery to opposing counsel | $85.00 | $42.50 | Xylia Sparks-davis |
| 12/11/2015 | 0.6 | Filed notice of appearance with court; contacted Dr. Daum's office regarding expert witness; report to B. Coxe | $85.00 | $51.00 | Xylia Sparks-davis |
| 12/11/2015 | 0.2 | Filed notice of appearance with court | $85.00 | $17.00 | Xylia Sparks-davis |

| Date | Hours | Description | Rate | Amount | Attorney |
|---|---|---|---|---|---|
| 12/28/2015 | 0.2 | Filed Joint Rule 26 discovery plan with clerk of court | $85.00 | $17.00 | Xylia Sparks-davis |
| 12/28/2015 | 0.2 | Filed memorandum in opposition to motion to dismiss | $85.00 | $17.00 | Xylia Sparks-davis |
| 1/8/2016 | 0.6 | Drafted cover letter to N. Blanchard; hand delivered letter and texts to N. Blanchard | $85.00 | $51.00 | Xylia Sparks-davis |
| 1/13/2016 | 3 | Continued preparing initial disclosure exhibits | $85.00 | $255.00 | Xylia Sparks-davis |
| 1/12/2016 | 1.5 | Began preparing initial disclosure exhibits | $85.00 | $127.50 | Xylia Sparks-davis |
| 1/15/2016 | 3.7 | Reviewed and redacted exhibits; drafted cover letter to N. Blanchard; revised exhibits; scanned exhibits; prepared copies of exhibits; uploaded scanned copies to G drive; hand delivered initial disclosures to opposing counsel | $85.00 | $314.50 | Xylia Sparks-davis |
| 1/15/2016 | 0.2 | Drafted cover letter to N. Blanchard | $85.00 | $17.00 | Xylia Sparks-davis |
| 2/11/2016 | 0.2 | Followed with with opposing counsel's office regrading depositions; left message | $85.00 | $17.00 | Xylia Sparks-davis |
| 2/23/2016 | 0.2 | Followed up with opposing counsel regarding deposition scheduling | $85.00 | $17.00 | Xylia Sparks-davis |
| 2/19/2016 | 0.2 | Followed up with opposing counsel regarding depositions | $85.00 | $17.00 | Xylia Sparks-davis |

| Date | Hours | Description | Rate | Amount | Attorney |
|------|-------|-------------|------|--------|----------|
| 2/25/2016 | 1.1 | Followed up with opposing counsel regarding deposition scheduling; set Mitchell deposition; drafted notice of deposition; contacted Norton Schell & Braswell; regarding court reporting; prepared copies of notice of deposition; drafted cover letter to opposing counsel; confirmed court reporter; emailed notice of deposition to Norton, Schell & Braswell; emailed and mailed letter and notice of deposition | $85.00 | $93.50 | Xylia Sparks-davis |
| 2/29/2016 | 0.3 | Drafted civil summons | $85.00 | $25.50 | Xylia Sparks-davis |
| 3/1/2016 | 0.4 | Conference with B. Coxe; revised civil summons; printed amended complaint | $85.00 | $34.00 | Xylia Sparks-davis |
| 3/2/2016 | 1 | Conference with b. Coxe; prepared amended complaint and summons for certified mailing; contacted client; left message; confirmed date for deposition; set appointment for pre-deposition meeting | $85.00 | $85.00 | Xylia Sparks-davis |
| 3/9/2016 | 0.8 | Contacted K. Weyhner regarding Peck deposition dates; received proposed dates; submitted availability; confirmed deposition location and time; drafted notice of deposition; submitted to B. Coxe for review | $85.00 | $68.00 | Xylia Sparks-davis |
| 3/10/2016 | 0.5 | Drafted cover letter to opposing counsel; prepared copies of letter and notice of deposition; faxed and mailed letter and notice | $85.00 | $42.50 | Xylia Sparks-davis |

| Date | Hours | Description | Rate | Amount | Name |
|---|---|---|---|---|---|
| 3/11/2016 | 0.4 | Contacted Norton, Schell & Braswell; confirmed reporter for Peck deposition; submitted notice to reporters | $85.00 | $34.00 | Xylia Sparks-davis |
| 3/14/2016 | 1.4 | Revised discovery; submitted to B. Coxe for review; prepared copies of Designation of Experts; drafted cover letter to N. Blanchard; hand delivered Designation to opposing counsel | $85.00 | $119.00 | Xylia Sparks-davis |
| 3/15/2016 | 0.3 | Revised discovery; printed for B. Coxe review and signature | $85.00 | $25.50 | Xylia Sparks-davis |
| 3/23/2016 | 5 | Conference with court reporter regarding deposition; conference with B. Coxe; assembled exhibits; prepared copies of exhibits; submitted exhibits for B. Coxe review | $85.00 | $425.00 | Xylia Sparks-davis |
| 3/22/2016 | 4.5 | Updated witness notes information in Clio; continued transcription | $85.00 | $382.50 | Xylia Sparks-davis |
| 3/30/2016 | 1 | Formatted discovery shell | $85.00 | $85.00 | Xylia Sparks-davis |
| 3/29/2016 | 4.2 | Mailed package to Norton Schell & Braswell; prepared discovery shell | $85.00 | $357.00 | Xylia Sparks-davis |
| 4/5/2016 | 0.2 | Contacted counsel regarding depositions | $85.00 | $17.00 | Xylia Sparks-davis |
| 4/6/2016 | 0.7 | Drafted motion and proposed order; submitted to B. Coxe for review; conference with B. Coxe; filed motion; submitted proposed order to Federal clerk | $85.00 | $59.50 | Xylia Sparks-davis |
| 4/7/2016 | 0.3 | Revised motion; submitted modified motion to clerk | $85.00 | $25.50 | Xylia Sparks-davis |

| Date | Hours | Description | Rate | Amount | Timekeeper |
|---|---|---|---|---|---|
| 4/25/2016 | 0.6 | Revised discovery responses | $85.00 | $51.00 | Xylia Sparks-davis |
| 4/27/2016 | 2.1 | Revised discovery responses; submitted to B.Coxe for review; prepared copies of discovery responses and document production; drafted cover letter to opposing counsel; prepared package for mailing to opposing counsel; prepared letter to J. Sypole; prepared package for mailing to J. Sypole; followed up with opposing counsel regarding depositions | $85.00 | $178.50 | Xylia Sparks-davis |
| 4/28/2016 | 0.2 | Followed up with opposing counsel regarding depositions | $85.00 | $17.00 | Xylia Sparks-davis |
| 5/2/2016 | 1.8 | Prepared copies of discovery deposition exhibits; prepared discovery deposition exhibit binder | $85.00 | $153.00 | Xylia Sparks-davis |
| 5/3/2016 | 0.2 | Followed up with opposing counsel regarding depositions | $85.00 | $17.00 | Xylia Sparks-davis |
| 5/11/2016 | 1 | Conference with B. Coxe; conference with K. Weyner; revised letter to N. Blanchard; prepared copies of discovery; prepared package for mailing to N. Blanchard | $85.00 | $85.00 | Xylia Sparks-davis |
| 5/10/2016 | 1 | Follow up call to N. Blanchard's office regarding depositions and mediation; left message; reviewed email from counsel's office regrading depositions; drafted letter to N. Blanchard; drafted letter to J. Norton; mailed certificate of deponent and errata sheet to Norton, Schell & Braswell | $85.00 | $85.00 | Xylia Sparks-davis |

| Date | Hours | Description | Rate | Amount | Person |
|------|-------|-------------|------|--------|--------|
| 5/12/2016 | 0.8 | Prepared deposition notices | $85.00 | $68.00 | Xylia Sparks-davis |
| 5/13/2016 | 0.3 | Conference with B. Coxe regarding depositions; conference with C. Rickert; updated Clio | $85.00 | $25.50 | Xylia Sparks-davis |
| 5/18/2016 | 0.3 | Followed up with opposing counsel regarding depositions; report to B. Coxe | $85.00 | $25.50 | Xylia Sparks-davis |
| 5/19/2016 | 0.6 | Emailed counsel's office regarding status of depositions; received and reviewed email from N. Blanchard; contacted counsel's office regarding deposition location and available deponents; report to B. Coxe; emailed preferences to counsel office | $85.00 | $51.00 | Xylia Sparks-davis |
| 5/20/2016 | 0.5 | Emailed opposing counsel regarding proposed depositions; conference with N. Blanchard; report to B. Coxe; emailed K. Weyher regarding D. LaPlant | $85.00 | $42.50 | Xylia Sparks-davis |
| 5/23/2016 | 0.2 | Contacted opposing counsel ;emailed request discovery shell | $85.00 | $17.00 | Xylia Sparks-davis |

| Date | Hours | Description | Rate | Amount | Name |
|------|-------|-------------|------|--------|------|
| 6/1/2016 | 2.4 | Conference with B. Coxe regarding requested extension; followed up with opposing counsel regarding depositions and extension request; follow up email to opposing counsel regarding depositions; received confirmation for Peacock and Wallace depositions; revised notices of depositions; drafted cover letter to opposing counsel; prepared copies; mailed package to opposing counsel; scanned notices of deposition; emailed package to opposing counsel; contacted Norton Schell & Braswell for court reporting services; drafted cover letter to opposing counsel; prepared copies of pre-trial disclosures; mailed package to opposing counsel | $85.00 | $204.00 | Xylia Sparks-davis |
| 6/2/2016 | 2 | Conference with J. Norton; resent deposition scheduling requests; emailed deposition notices; prepared exhibit copies; updated deposition exhibit binder | $85.00 | $170.00 | Xylia Sparks-davis |
| 6/3/2016 | 0.3 | Followed up with counsel regarding depositions; followed up with counsel regarding mediation | $85.00 | $25.50 | Xylia Sparks-davis |
| 6/6/2016 | 0.4 | Followed up with opposing counsel regarding depositions; conference with court reporter; follow up contact with opposing counsel regarding depositions | $85.00 | $34.00 | Xylia Sparks-davis |
| 6/7/2016 | 0.2 | Prepared copies for depositons | $85.00 | $17.00 | Xylia Sparks-davis |

| | | | | | |
|---|---|---|---|---|---|
| 6/9/2016 | 0.4 | Conference with mediator's office; emailed opposing counsel; follow up call with mediator's office | $85.00 | $34.00 | Xylia Sparks-davis |
| 6/15/2016 | 1 | Conference with B. Coxe; drafted motion; submitted to B. Coxe for review; revised motion; followed up with opposing counsel's office regarding depositions and mediation | $85.00 | $85.00 | Xylia Sparks-davis |
| 6/16/2016 | 1 | Revised motion for extension; drafted memorandum of law; submitted for B. Coxe review; revised order; filed motion, memorandum; submitted proposed order to Federal clerk of court | $85.00 | $85.00 | Xylia Sparks-davis |
| 6/13/2016 | 0.4 | Conference with B. Coxe; contacted opposing counsel regarding extension; report to B. Coxe; contacted counsel regarding proposed mediation and deposition dates | $85.00 | $34.00 | Xylia Sparks-davis |
| 6/17/2016 | 0.3 | Conference with B. Coxe; drafted email to opposing counsel regarding depositions; submitted to B. Coxe for final review; emailed to counsel | $85.00 | $25.50 | Xylia Sparks-davis |
| 6/20/2016 | 1.3 | Conference with S.Potter: conference with M. Cox; reviewed email from opposing counsel; revised notice of deposition; submitted to S.Potter for review; drafted cover letter; prepared copies of notice  and letter; emailed package to counsel; mailed package to N. Blanchard; contacted and reserved court reporter | $85.00 | $110.50 | Xylia Sparks-davis |

| Date | Hours | Description | Rate | Amount | Person |
|---|---|---|---|---|---|
| 6/23/2016 | 0.2 | Followed up with opposing counsel regarding scheduling depositions and mediation | $85.00 | $17.00 | Xylia Sparks-davis |
| 6/23/2016 | 2 | Received discovery from opposing counsel; began discovery response shells | $85.00 | $170.00 | Xylia Sparks-davis |
| 6/24/2016 | 2.7 | Prepared discovery shells | $85.00 | $229.50 | Xylia Sparks-davis |
| 6/28/2016 | 0.2 | Followed up with opposing counsel regarding deposition scheduling and mediation scheduling | $85.00 | $17.00 | Xylia Sparks-davis |
| 6/29/2016 | 0.3 | Conference with Mary Ann of Norton Schell & Braswell regarding Cox deposition; final confirmation of Cox deposition | $85.00 | $25.50 | Xylia Sparks-davis |
| 6/30/2016 | 0.2 | Reviewed emails from J. Conner | $85.00 | $17.00 | Xylia Sparks-davis |
| 6/30/2016 | 0.6 | followed up with opposing counsel regarding deposition availability; updated discovery exhibit binder | $85.00 | $51.00 | Xylia Sparks-davis |
| 7/5/2016 | 0.4 | Uploaded deposition transcripts; follow up email to opposing counsel regarding depositions | $85.00 | $34.00 | Xylia Sparks-davis |
| 7/6/2016 | 0.2 | Reviewed Terrell responses | $85.00 | $17.00 | Xylia Sparks-davis |
| 7/7/2016 | 0.2 | Emails with opposing counsel regarding depositions | $85.00 | $17.00 | Xylia Sparks-davis |

| Date | Hours | Description | Rate | Amount | Person |
|---|---|---|---|---|---|
| 7/8/2016 | 5 | Prepared exhibits; scanned exhibits; reviewed each exhibit; converted exhibits to comply with Federal filing standards; conference with B. Coxe; revised exhibits; conference with C. Moran regarding motion, memorandum and proposed order; converted and prepared for filing; filed response to motion for summary judgment with exhibits; filed motion for oral argument, memorandum and proposed order with US District Court | $85.00 | $425.00 | Xylia Sparks-davis |
| 7/12/2016 | 0.2 | Printed Conner discovery exhibits | $85.00 | $17.00 | Xylia Sparks-davis |
| 7/14/2016 | 0.6 | Drafted motion and proposed order for extension of time; submitted to B. Coxe for review; contacted opposing counsel regarding consent to motion | $85.00 | $51.00 | Xylia Sparks-davis |
| 7/14/2016 | 0.2 | Followed up with opposing counsel regarding depositions; | $85.00 | $17.00 | Xylia Sparks-davis |
| 7/18/2016 | 0.2 | Follow up email to opposing counsel regarding depositions | $85.00 | $17.00 | Xylia Sparks-davis |
| 7/18/2016 | 0.5 | Revised motion; submitted to B. Coxe for review; filed motion and proposed order with Federal clerk | $85.00 | $42.50 | Xylia Sparks-davis |
| 7/21/2016 | 0.9 | Prepared discovery responses | $85.00 | $76.50 | Xylia Sparks-davis |
| 7/25/2016 | 0.2 | Followed up with opposing counsel regarding depositions | $85.00 | $17.00 | Xylia Sparks-davis |

| Date | Hours | Description | Rate | Amount | Name |
|---|---|---|---|---|---|
| 7/26/2016 | 4.8 | Conference with B. Coxe; prepared motions, memorandum and exhibits for review; prepared copies of package; drafted cover letter to US District clerk; prepared package for mailing; mailed letter to opposing counsel; mailed package to US District clerk | $85.00 | $408.00 | Xylia Sparks-davis |
| 8/1/2016 | 0.3 | Contacted opposing counsel regarding deposition and mediation scheduling | $85.00 | $25.50 | Xylia Sparks-davis |
| 8/1/2016 | 0.4 | Conference with T. Cannon; re-emailed discovery to client | $85.00 | $34.00 | Xylia Sparks-davis |
| 8/2/2016 | 1 | Prepared discovery responses | $85.00 | $85.00 | Xylia Sparks-davis |
| 8/3/2016 | 0.2 | Conference with D. Rudd | $85.00 | $17.00 | Xylia Sparks-davis |
| 8/3/2016 | 2 | Reviewed Cannon discovery response; began preparing Cannon discovery responses | $85.00 | $170.00 | Xylia Sparks-davis |
| 8/4/2016 | 0.2 | Followed up with D. Rudd; confirmed receipt of requested pleadings | $85.00 | $17.00 | Xylia Sparks-davis |
| 8/4/2016 | 2.3 | Reviewed initial disclosures; prepared Cannon and Terrell discovery drafts; submitted to B. Coxe for review | $85.00 | $195.50 | Xylia Sparks-davis |
| 8/8/2016 | 2.1 | Revised Koons discovery responses; submitted to B. Coxe for review; received updated to all discovery; revised all discovery responses | $85.00 | $178.50 | Xylia Sparks-davis |
| 8/5/2016 | 3 | Revised discovery responses; conference with D. Koons regarding discovery questions and missing information | $85.00 | $255.00 | Xylia Sparks-davis |
| 8/8/2016 | 0.2 | Followed up email to opposing counsel regarding mediation and depositions | $85.00 | $17.00 | Xylia Sparks-davis |

| Date | Hours | Description | Rate | Amount | Name |
|---|---|---|---|---|---|
| 8/9/2016 | 2.5 | Reviewed initial disclosures and previously submitted discovery; report to B. Coxe; revised discovery exhibits; drafted cover letter; prepared discovery for mailing; mailed copy to opposing counsel | $85.00 | $212.50 | Xylia Sparks-davis |
| 8/10/2016 | 0.2 | Follow up email to opposing counsel regarding depositions and mediation | $85.00 | $17.00 | Xylia Sparks-davis |
| 8/11/2016 | 1.5 | Emails with opposing counsel regarding depositions; confirmed Swanson and Anderson depositions; revised notices of deposition; scanned and emailed to opposing counsel; contacted Norton Schell & Braswell regarding court reporting services; emailed notices to court reporter | $85.00 | $127.50 | Xylia Sparks-davis |
| 8/11/2016 | 0.7 | Emails with opposing counsel regarding depositions; prepared subpoena for K. Ellison; revised notice of deposition; drafted cover letter to opposing counsel; prepared subpoena for service via certified mail; mailed copy of subpoena and notice to opposing counsel | $85.00 | $59.50 | Xylia Sparks-davis |
| 8/12/2016 | 0.5 | Followed up with court reporter regarding Ellison deposition; prepared exhibits for depositions | $85.00 | $42.50 | Xylia Sparks-davis |
| 8/18/2016 | 0.8 | Conference with B. Coxe; contacted clients regarding deposition availability; report to B. Coxe; contacted opposing counsel; emailed notices of deposition to clients; reviewed status of subpoena; report to W. Hodges | $85.00 | $68.00 | Xylia Sparks-davis |

| | | | | | |
|---|---|---|---|---|---|
| 8/19/2016 | 4 | Prepared amended notice of deposition; drafted subpoena for K. Ellison; prepared subpoena for hand delivery and certified mail; mailed subpoena; conference with intern; scanned and emailed notice and subpoena to opposing counsel; reviewed responses from plaintiffs regarding deposition availability; emailed opposing counsel regarding availability; hand delivered subpoena to K. Ellison; drafted cover letter; mailed notice package to opposing counsel | $85.00 | $340.00 | Xylia Sparks-davis |
| 7/29/2016 | 0.3 | Conference with B. Coxe; followed up with clients regarding discovery | $85.00 | $25.50 | Xylia Sparks-davis |
| 8/23/2016 | 0.5 | Checked status of K. Ellison subpoena service; prepared copies of exhibits for deposition | $85.00 | $42.50 | Xylia Sparks-davis |
| 8/24/2016 | 0.3 | Reviewed and responded to emails from opposing counsel regarding depositions; report to B. Coxe | $85.00 | $25.50 | Xylia Sparks-davis |
| 9/6/2016 | 0.3 | Emails with D. Koons regarding deposition | $85.00 | $25.50 | Xylia Sparks-davis |
| 9/8/2016 | 0.2 | Emailed deposition reminder to D. J. Koons | $85.00 | $17.00 | Xylia Sparks-davis |
| 9/12/2016 | 0.4 | Drafted supplemental responses to Plaintiff's Koons discovery; submitted to B. Coxe for review | $85.00 | $34.00 | Xylia Sparks-davis |
| 9/13/2016 | 0.6 | Drafted cover letter to N. Blanchard; revised supplemental discovery response; prepared supplemental discovery for mailing to opposing counsel | $85.00 | $51.00 | Xylia Sparks-davis |

| Date | Hours | Description | Rate | Amount | Name |
|---|---|---|---|---|---|
| 9/19/2016 | 0.4 | Conference with R.O'Quinn's office; conference with counsel's office | $85.00 | $34.00 | Xylia Sparks-davis |
| 9/23/2016 | 0.5 | Received and reviewed depositions transcripts; uploaded to G Drive; printed transcripts for attorney review | $85.00 | $42.50 | Xylia Sparks-davis |
| 9/27/2016 | 0.2 | Followed up with opposing counsel regarding mediation | $85.00 | $17.00 | Xylia Sparks-davis |
| 10/5/2016 | 0.2 | Followed up with mediator regarding availability; contacted opposing counsel's office regarding availability | $85.00 | $17.00 | Xylia Sparks-davis |
| 9/30/2016 | 0.3 | Conference with opposing counsel; counsel with B. Coxe regarding extension request | $85.00 | $25.50 | Xylia Sparks-davis |
| 10/11/2016 | 0.2 | Followed up with opposing counsel regarding mediation | $85.00 | $17.00 | Xylia Sparks-davis |
| 10/13/2016 | 0.2 | Followed up with counsel regarding mediation | $85.00 | $17.00 | Xylia Sparks-davis |
| 10/14/2016 | 0.7 | Updated deposition exhibit binders | $85.00 | $59.50 | Xylia Sparks-davis |
| 10/17/2016 | 0.2 | Contacted counsels' office regarding mediation scheduling; left message | $85.00 | $17.00 | Xylia Sparks-davis |
| 10/18/2016 | 0.5 | Email to opposing counsel; conference with mediator's office; conference with client; conference with opposing counsel's office regarding mediation dates | $85.00 | $42.50 | Xylia Sparks-davis |
| 10/19/2016 | 0.2 | Contacted opposing counsel regarding discovery responses, mediation and deposition | $85.00 | $17.00 | Xylia Sparks-davis |

| Date | Hours | Description | Rate | Amount | Name |
|---|---|---|---|---|---|
| 10/20/2016 | 0.7 | Reviewed client responses regarding mediation availability; emailed opposing counsel; filed motion and memorandum for oral argument with Federal clerk | $85.00 | $59.50 | Xylia Sparks-davis |
| 10/25/2016 | 2.8 | Drafted client affidavits; submitted to B. Coxe for review; revised affidavits; emailed affidavits to clients for review and signature; began preparing summary judgment exhibits | $85.00 | $238.00 | Xylia Sparks-davis |
| 10/27/2016 | 4 | Notarized Conner affidavit; emailed Cannon and Koons regarding outstanding affidavits; prepared exhibits for summary judgment package | $85.00 | $340.00 | Xylia Sparks-davis |
| 10/26/2016 | 4 | Conference with R. O'Quinn's office regarding mediation availability; conference with B. Coxe; conference with S.Potter; emailed opposing counsel; prepared exhibits for summary judgment package | $85.00 | $340.00 | Xylia Sparks-davis |
| 10/28/2016 | 3 | Finalized exhibits for summary judgment package | $85.00 | $255.00 | Xylia Sparks-davis |
| 11/2/2016 | 0.6 | Conference with B.O'Quinn's office regarding mediations, reviewed attorney calendars; emails with opposing counsel regarding proposed dates; emailed clients regarding proposed dates | $85.00 | $51.00 | Xylia Sparks-davis |

| Date | Hours | Description | Rate | Amount | Name |
|---|---|---|---|---|---|
| 11/1/2016 | 2 | Conference with U.S. District Clerk B.Horton; conference with opposing counsel; email to B. Coxe and S.Potter; follow up call with B.Horton; follow up conference with N. Blanchard; contacted R.O'Quinn's office; left message; prepared exhibit binder for summary judgment package | $85.00 | $170.00 | Xylia Sparks-davis |
| 11/4/2016 | 1.1 | Conference with mediator's office; conference with opposing counsel's office; email to clients and attorneys; follow up conference with opposing counsel; emails to clients and counsel; follow up call to mediator; left message | $85.00 | $93.50 | Xylia Sparks-davis |
| 11/7/2016 | 1 | Reviewed emails from clients; contacted mediator; left message; conference with mediator; contacted opposing counsel; report to B. Coxe; conference with N. Terrell | $85.00 | $85.00 | Xylia Sparks-davis |
| 11/8/2016 | 0.3 | Email to M. Wiggins regarding mediation; conference with M. Wiggins | $85.00 | $25.50 | Xylia Sparks-davis |
| 11/16/2016 | 0.2 | Conference with M. Wiggins regarding mediation | $85.00 | $17.00 | Xylia Sparks-davis |
| 11/15/2016 | 0.3 | Emailed clients mediation confirmation letter | $85.00 | $25.50 | Xylia Sparks-davis |
| 11/23/2016 | 0.4 | Contacted plaintiffs regarding pre-mediation meeting; confirmation email to all plaintiffs | $85.00 | $34.00 | Xylia Sparks-davis |
| 11/28/2016 | 0.2 | Conference with B. Coxe; contacted clients regarding mediation | $85.00 | $17.00 | Xylia Sparks-davis |

| Date | Hours | Description | Rate | Amount | Name |
|---|---|---|---|---|---|
| 11/29/2016 | 0.3 | Filed Response to Defendants Supplemental Memorandum to Motion for Summary Judgement | $85.00 | $25.50 | Xylia Sparks-davis |
| 1/3/2017 | 0.6 | Contacted opposing counsel regarding grievance hearing; conference with C. Rickert; contacted clients with proposed dates | $85.00 | $51.00 | Xylia Sparks-davis |
| 1/10/2017 | 0.2 | Follow up email to opposing counsel regarding proposed grievance hearing | $85.00 | $17.00 | Xylia Sparks-davis |
| 1/18/2017 | 0.3 | Emails with N.Terrell; follow up email to opposing counsel | $85.00 | $25.50 | Xylia Sparks-davis |
| 2/22/2017 | 0.7 | Conference with B. Coxe; reviewed notice for filing; drafted notice for; scanned notices; filed with U.S. District Court | $85.00 | $59.50 | Xylia Sparks-davis |
| 2/28/2017 | 0.2 | Contacted opposing counsel regarding hearing scheduling | $85.00 | $17.00 | Xylia Sparks-davis |
| 3/8/2017 | 0.4 | Emails with opposing counsel and clients regarding hearings | $85.00 | $34.00 | Xylia Sparks-davis |
| 3/9/2017 | 0.4 | Emails with opposing counsel regarding hearing; emails to clients regard pre- hearing meeting; follow up with clients | $85.00 | $34.00 | Xylia Sparks-davis |
| 3/10/2017 | 0.3 | Scanned and emailed letter to N. Blanchard | $85.00 | $25.50 | Xylia Sparks-davis |
| 3/14/2017 | 3.7 | Prepared indexes for Peck and Mitchell depositions | $85.00 | $314.50 | Xylia Sparks-davis |
| 3/29/2017 | 0.5 | Began prepared exhibits for motion to compel | $85.00 | $42.50 | Xylia Sparks-davis |
| 3/31/2017 | 1.3 | Conference with B. Coxe; revised motion and memorandum in support; drafted proposed order; scanned pleadings and exhibits; filed pleadings with Federal Court | $85.00 | $110.50 | Xylia Sparks-davis |

| Date | Hours | Description | Rate | Amount | Name |
|---|---|---|---|---|---|
| 4/11/2017 | 0.4 | Prepared letters for B. Coxe review | $85.00 | $34.00 | Xylia Sparks-davis |
| 4/12/2017 | 0.2 | Drafted letter to T. Cannon; mailed letter to client | $85.00 | $17.00 | Xylia Sparks-davis |
| 5/4/2017 | 0.7 | Conference with B. Coxe; prepared notice of appearance; prepared court entrance forms; | $85.00 | $59.50 | Xylia Sparks-davis |
| 5/9/2017 | 0.2 | Conference with A. Lewis regarding file | $85.00 | $17.00 | Xylia Sparks-davis |
| 5/11/2017 | 1 | Prepared disclosure statement; submitted documents for review and signature; filed notices of appearance; disclosure statement; updated B. Coxe contacted information with Fourth Circuit Court of Appeals | $85.00 | $85.00 | Xylia Sparks-davis |
| 5/24/2017 | 0.5 | Conference with B. Coxe; contacted US Court Greenville regarding status of motion hearing; conference with B. Coxe; follow up call with D. Rudd with clerk of court | $85.00 | $42.50 | Xylia Sparks-davis |
| 7/7/2017 | 0.3 | Prepared copy of settlement package for mailing; mailed package to N. Blanchard | $85.00 | $25.50 | Xylia Sparks-davis |
| 7/21/2017 | 1.5 | Prepared notices of appearance; prepared disclosure statements for plaintiff appellees; submitted for attorneys review; filed notices and statements with Fourth Circuit court of appeals | $85.00 | $127.50 | Xylia Sparks-davis |
| 8/7/2017 | 0.3 | Revised motion to consolidate; submitted to B. Coxe for review | $85.00 | $25.50 | Xylia Sparks-davis |

| Date | Hours | Description | Rate | Amount | Timekeeper |
|---|---|---|---|---|---|
| 8/10/2017 | 0.7 | Revised motion to consolidate; submitted to B. Coxe for review; filed motion to consolidate with Federal clerk | $85.00 | $59.50 | Xylia Sparks-davis |
| 8/18/2017 | 0.4 | Contacted S. Potter regarding availability; contacted client clients regarding conference call | $85.00 | $34.00 | Xylia Sparks-davis |
| 8/22/2017 | 0.2 | Confirmation email to clients for conference call | $85.00 | $17.00 | Xylia Sparks-davis |
| 10/26/2017 | 2.5 | Continued brief formatting; prepared cover sheet | $85.00 | $212.50 | Xylia Sparks-davis |
| 10/25/2017 | 7 | Prepared table of contents; prepared table of authorities; began index | $85.00 | $595.00 | Xylia Sparks-davis |
| 10/29/2017 | 4.5 | Formatted Appellee brief; updated table of authorities; updated table of contents | $85.00 | $382.50 | Xylia Sparks-davis |
| 10/30/2017 | 4 | Revised brief formatting; table of authorities; table of contents; submitted to B. Coxe for review; scanned and filed brief with fourth circuit court of appeals; drafted cover letter to clerk of court; prepared copies of brief; mailed brief to court and counsel | $85.00 | $340.00 | Xylia Sparks-davis |
| 11/8/2017 | 2.2 | Drafted cover letter to fourth circuit court of appeals; revised corrected brief; prepared copies of brief; submitted brief to FedEx for binding; conference with B. Coxe; filed brief with federal court | $85.00 | $187.00 | Xylia Sparks-davis |
| 11/7/2017 | 3 | Conference with B. Coxe; reformatted brief per court's instructions; submitted to B. Coxe for review | $85.00 | $255.00 | Xylia Sparks-davis |

| Date | Hours | Description | Rate | Amount | Person |
|------|-------|-------------|------|--------|--------|
| 11/17/2017 | 1.8 | Prepared copies at Office Depot.; drafted cover letter to clerk of court; prepared binding services with FedEx Office; shipped corrected brief to Fourth Circuit clerk via Federal Express | $85.00 | $153.00 | Xylia Sparks-davis |
| 12/20/2017 | 0.5 | Scanned and copies letter for mailing; mailed letter to N. Blanchard, C. Ellis and C. Baldwin | $85.00 | $42.50 | Xylia Sparks-davis |
| 1/10/2018 | 0.4 | Conference with B. Coxe; prepared oral argument form | $85.00 | $34.00 | Xylia Sparks-davis |
| 1/11/2018 | 0.3 | Filed oral argument form with Fourth Circuit Court of Appeals | $85.00 | $25.50 | Xylia Sparks-davis |
| 2/22/2018 | 0.4 | Printed appellate briefs for attorney review | $85.00 | $34.00 | Xylia Sparks-davis |
| 8/17/2018 | 0.4 | Conference with B. Coxe; contacted clerk case manager regarding attendance requirements for upcoming hearing; left message; conference with clerk; report to B. Coxe | $85.00 | $34.00 | Xylia Sparks-davis |
| 8/30/2018 | 0.3 | Scanned Koons tax records | $85.00 | $25.50 | Xylia Sparks-davis |
| 8/29/2018 | 0.4 | Met with D. Koons; obtained and copied tax records | $85.00 | $34.00 | Xylia Sparks-davis |
| 10/15/2018 | 2 | Researched conference room space; contacted vendors for availability and policies | $85.00 | $170.00 | Xylia Sparks-davis |
| 10/17/2018 | 1 | Contacted meeting rooms and hotels regarding conference space availability; report to B. Coxe | $85.00 | $85.00 | Xylia Sparks-davis |

| Date | Hours | Description | Rate | Amount | Name |
|---|---|---|---|---|---|
| 10/22/2018 | 0.6 | Conference with B. Coxe; prepared certificate of service; scanned response to motion; prepared for filing; contacted USDC regarding filing malfunction; left message with D. Rudd | $85.00 | $51.00 | Xylia Sparks-davis |
| 10/23/2018 | 0.5 | Prepared certificate of service; scanned motion and memorandum; modified to be USDC filing compliant; filed motion and memorandum with USDC | $85.00 | $42.50 | Xylia Sparks-davis |
| 10/24/2018 | 0.4 | Conference with B. Coxe regarding meeting space status; emails with Tayloe Gray regarding meeting space | $85.00 | $34.00 | Xylia Sparks-davis |
| 10/19/2018 | 1.7 | Online search for meeting room/conference space for Bald Head focus group; contacted providers regarding availability; report to B. Coxe | $85.00 | $144.50 | Xylia Sparks-davis |
| 10/31/2018 | 1.3 | Conference with Murphy with Tayloe Gray; met at site to view conference room space; report to B. Coxe | $85.00 | $110.50 | Xylia Sparks-davis |
| 10/25/2018 | 0.4 | Conference with B.Coxe; conference with D. Rudd of US District Court regarding hearing scheduling; report to B. Coxe | $85.00 | $34.00 | Xylia Sparks-davis |
| 11/9/2018 | 2.5 | Conference with B. Coxe; updated letters to focus group participants; scanned emailed focus group packages to all participants; mailed packages to participants | $85.00 | $212.50 | Xylia Sparks-davis |
| 11/15/2018 | 1.3 | Conference with B. Coxe; updated juror tags; picked up posters from FedEx Office; conference with FedEx; resubmitted posters for mounting | $85.00 | $110.50 | Xylia Sparks-davis |

| Date | Hours | Description | Rate | Amount | Name |
|---|---|---|---|---|---|
| 1/9/2019 | 0.2 | Conference with R.Taylor; set appointment | $85.00 | $17.00 | Xylia Sparks-davis |
| 8/9/2019 | 0.7 | Revised and scanned exhibits | $85.00 | $59.50 | Xylia Sparks-davis |
| 8/8/2019 | 0.4 | Follow up call to U.S. District court; left message; conference with S. Edwards regarding courtroom; report to B. Coxe | $85.00 | $34.00 | Xylia Sparks-davis |
| 8/7/2019 | 1.5 | Conference with B. Coxe; began assembling exhibits for summary trial; submitted exhibits to B. Coxe for review prior to copying | $85.00 | $127.50 | Xylia Sparks-davis |
| 8/8/2019 | 3.3 | Conference with B. Coxe; prepared copies of summary trial exhibits; follow up with B. Coxe; revised summary trial exhibits; prepared scan exhibits for summary trial | $85.00 | $280.50 | Xylia Sparks-davis |
| 8/19/2019 | 0.5 | Emails with B. Coxe; conference with B. Coxe; checked ECF filing system; contacted USDC clerk regarding sealed document access; report to B. Coxe | $85.00 | $42.50 | Xylia Sparks-davis |
| 8/20/2019 | 0.4 | Prepared pre-trial disclosures for filing with US District Court | $85.00 | $34.00 | Xylia Sparks-davis |
| 9/3/2019 | 1.5 | Obtained and scanned trial exhibits | $85.00 | $127.50 | Xylia Sparks-davis |
| 9/11/2019 | 3 | Continued preparing trial exhibits | $85.00 | $255.00 | Xylia Sparks-davis |
| 9/19/2019 | 1 | Updated trial exhibits | $85.00 | $85.00 | Xylia Sparks-davis |
| 10/21/2019 | 2 | Conference with B. Coxe; prepared exhibits for pretrial motions; scanned and filed pre-trial motions with exhibits with US District Court | $85.00 | $170.00 | Xylia Sparks-davis |

| Date | Hours | Description | Rate | Amount | Name |
|---|---|---|---|---|---|
| 1/13/2020 | 2 | Updated trial exhibits | $85.00 | $170.00 | Xylia Sparks-davis |
| 1/10/2020 | 5.4 | Revised trial exhibits; re-scanned exhibits | $85.00 | $459.00 | Xylia Sparks-davis |
| 1/21/2020 | 0.6 | Printed additional trial exhibit copies | $85.00 | $51.00 | Xylia Sparks-davis |
| 1/19/2020 | 5 | Prepared trial exhibit notebooks for judge for trial | $85.00 | $425.00 | Xylia Sparks-davis |
| 2/14/2020 | 6 | Revised exhibits for trial | $85.00 | $510.00 | Xylia Sparks-davis |
| 2/13/2020 | 6 | Revised exhibits for trial | $85.00 | $510.00 | Xylia Sparks-davis |
| 2/12/2020 | 6 | Revised exhibits for trial | $85.00 | $510.00 | Xylia Sparks-davis |
| 2/11/2020 | 6 | Revised exhibits for trial | $85.00 | $510.00 | Xylia Sparks-davis |
| 2/14/2020 | 0.5 | Conference with B. Coxe regarding jury list; contacted D. Lassister regarding jury list; report to B. Coxe; received jury list; emailed to B. Coxe | $85.00 | $42.50 | Xylia Sparks-davis |
| 5/15/2020 | 1 | Drafted cover letters to K. Williams, N. Hiatt, S. Freeman and M. Coxe; updated subpoenas; submitted to B. Coxe for final review and signature | $85.00 | $85.00 | Xylia Sparks-davis |
| 5/27/2020 | 0.2 | Email to J. Conner | $85.00 | $17.00 | Xylia Sparks-davis |
| 5/29/2020 | 0.2 | Follow up email to J. Conner | $85.00 | $17.00 | Xylia Sparks-davis |

| | | | | | |
|---|---|---|---|---|---|
| 6/26/2020 | 0.6 | Prepared copies of supplemental discovery responses; drafted cover letter to opposing counsel; mailed package to opposing counsel | $85.00 | $51.00 | Xylia Sparks-davis |
| 6/22/2020 | 0.4 | Revised Conner supplemental discovery responses; submitted to B. Coxe for review | $85.00 | $34.00 | Xylia Sparks-davis |
| 7/20/2020 | 0.4 | Confernce with B. Coxe; contacted D. Rudd USDC case manager; left message; conference with D. Rudd; report to B. Coxe | $85.00 | $34.00 | Xylia Sparks-davis |
| 8/19/2020 | 0.6 | Conference with B. Coxe; reviewed addresses for witness letters; revised letter to M. Cox; prepared letters for mailing via certified mail | $85.00 | $51.00 | Xylia Sparks-davis |
| 8/21/2020 | 1.2 | Contacted M. Cox; left message; contacted Dr. Williams; left message; contacted N. Hiatt; left message; contacted S. Freeman; left message; conference with M. Coxe; set appointment; emailed confirmation; conference with Dr. Williams; set appointment; emailed confirmation | $85.00 | $102.00 | Xylia Sparks-davis |
| 8/25/2020 | 0.6 | Emails with K. Garland; follow up call to S. Freeman; left message; conference with S. Freeman; set appointment; emailed confirmation to S. Freeman | $85.00 | $51.00 | Xylia Sparks-davis |
| 8/26/2020 | 0.4 | Contacted K. Williams; left message; contacted N. Hiatt; left message; emailed N. Hiatt | $85.00 | $34.00 | Xylia Sparks-davis |

| | | | | | |
|---|---|---|---|---|---|
| 8/31/2020 | 0.5 | Revised cover letter to N. Hiatt; revised subpoena; submitted to B. Coxe for review and signature; mailed subpoena and letter via certified mail | $85.00 | $42.50 | Xylia Sparks-davis |
| 9/10/2020 | 0.5 | Emails and texts with B. Coxe; trouble shooting ECF filing system | $85.00 | $42.50 | Xylia Sparks-davis |
| 9/23/2020 | 1 | Conference with B. Coxe; contacted D. Rudd; left message; printed and scanned findings of facts; made finding text searchable; filed findings of fact with Federal Court | $85.00 | $85.00 | Xylia Sparks-davis |
| 12/1/2020 | 0.3 | Emails with counsel; reviewed expenses listed in clio | $85.00 | $25.50 | Xylia Sparks-davis |
| 12/7/2020 | 0.2 | Conference with A. Ryals regarding cost logs | $85.00 | $17.00 | Xylia Sparks-davis |
| | **255.2** | | | **$21,692.00** | |