UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| THOMAS M. CANNON, JESSEE M. CONNER, DONALD M. KOONS, and NICHOLAS M. TERRELL,<br>  Plaintiffs,<br><br>vs.<br><br>VILLAGE OF BALD HEAD ISLAND, NORTH CAROLINA, CALVIN R. PECK, JR., and CAROLINE MITCHELL,<br>  Defendants. | **JUDGMENT**<br>**CASE NO. 7:15-CV-187-M** |

**Decision by Court.**

**This action came before the Honorable Richard E. Myers II, Chief United States District Judge, for ruling as follows:**

**IT IS ORDERED, ADJUDGED, AND DECREED** that pursuant to the court's order entered at Docket Entry 173 on July 27, 2021, Plaintiff's motion for attorney's fees and nontaxable costs [DE-156] is GRANTED IN PART and DENIED IN PART, and Plaintiff's motion for prejudgment interest is DENIED WITHOUT PREJUDICE. Accordingly, it is ORDERED that: (1) Plaintiffs shall recover from Defendants Peck and Mitchell attorneys' fees in the amount of $282,965.43; (2) Plaintiffs shall recover from Defendants Peck and Mitchell litigation expenses in the amount of $4,677.08; and (3) the Clerk of the Court is DIRECTED to enter judgment consistent with this order.

This Judgment filed and entered on July 27, 2021, and copies to:
All counsel of record (via CM/ECF Electronic Notification)

July 27, 2021

Peter A. Moore, Jr.
Clerk of Court

By: /s/ Kimberly R. Waddell
Deputy Clerk