UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| THOMAS M. CANNON, JESSE M. CONNER, DONALD M. KOONS, and NICHOLAS M. TERRELL,<br>　　　　Plaintiffs<br><br>vs.<br><br>VILLAGE OF BALD HEAD ISLAND, NORTH CAROLINA, CALVIN R. PECK, JR., and CAROLINE MITCHELL,<br><br>　　　　Defendants. | **JUDGMENT**<br>**CASE NO. 7:15-CV-187-M** |

**Decision by Court.**

**This action came before Peter A. Moore, Jr., Clerk of Court, for ruling as follows:**

**IT IS ORDERED, ADJUDGED, AND DECREED** that plaintiffs' motion for bill of costs [DE-158] is GRANTED in part. As the prevailing parties, plaintiffs Thomas M. Cannon, Jesse M. Conner, Donald M. Koons, and Nicholas M. Terrell are awarded (1) $427.60 in costs pursuant to § 1920(1); (2) $7,013.10 in costs pursuant to § 1920(2) and (3) $1,585.15 in costs pursuant to § 1920(3). Total costs in the amount of $9,025.85 are taxed against defendants Calvin R. Peck, Jr., and Caroline Mitchell and shall be included in the judgment.

This Judgment filed and entered on September 10, 2021, and copies to:
All counsel of record as listed in this matter (via CM/ECF electronic notification)

| | |
|---|---|
| September 10, 2021 | Peter A. Moore, Jr.<br>Clerk of Court<br><br>By: /s/ Kimberly R. Waddell<br>　　　Deputy Clerk |